Leslie A. Cohen, Esq. (SBN: 93698)
  leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
  jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

*In re*

MYLIFE.COM, INC.

　　　　Debtor and
　　　　Debtor in Possession

Case No. 2:22-bk-14858-ER

Chapter 11

**NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OF HEARING THEREON**

Date: January 31, 2023
Time: 10:00 a.m.
Courtroom: 1568

**TO ALL PROFESSIONALS, INTERESTED PARTIES AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

　　Leslie Cohen Law, PC, attorneys for Debtor-in-Possession, hereby gives notice of: (1) its intention to file an Interim Application for Compensation and Reimbursement of Expenses (the "Application") and (2) its intention to set a hearing for consideration of the Application before the Honorable Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568" located at U.S. Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012 on January 31, 2023, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule (LBR) 2016-1(a)(2), any other professionals retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner.  The local rules provide that the Applications be filed <u>twenty-one (21) days</u> prior to the hearing.  Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Leslie Cohen Law, PC shall transmit the notice required by Bankruptcy Rule 2002 (the "Notice") to all parties in interest of all fee applications submitted, the amount of interim compensation and expense reimbursement requested by each professional and the date and time of the scheduled fee hearing. Those professionals seeking compensation must advise Leslie Cohen Law, PC **no later than January 9, 2023** the amount of fees and costs sought in order to be included in this notice.  (Any professional who does not provide Leslie Cohen Law, PC with the amount of their fees and costs sought will be responsible for filing and serving their own notice of application.)  Each professional filing an application for compensation is requested to serve a complete copy thereof upon the Court, Debtor's counsel, parties requesting special notice and the Office of the United Trustee at Office, 915 Wilshire Blvd, Suite 1850 Los Angeles, CA, 90017.

Dated:  December 13, 2022        LESLIE COHEN LAW, PC


By:  */s/ Leslie A. Cohen*
     Leslie A. Cohen
     Attorneys for Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OF HEARING THEREON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/13/22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Shraddha Bharatia    notices@becket-lee.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;jessica@lesliecohenlaw.com
- Leah Victoria Lerman    leah.v.lerman@usdoj.gov
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher VanDeusen    christopher.k.vandeusen@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___12/13/22___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/22 | Jessica Spagnoli | /s/ Jessica Spagnoli |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                        F 9013-3.1.PROOF.SERVICE

SERVICE LIST

Hon. Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA, 90012

LARSON LLP
Attn: Paul Rigali
555 South Flower Street, Suite 4400
Los Angeles CA 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**