# United States Bankruptcy Court
# Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

| | |
|---|---|
| **Tuesday, December 20, 2022** | **Hearing Room 1568** |

<u>10:00 AM</u>
**2:22-14858    Mylife.com Inc.**                                                                                             **Chapter 11**

   **#20.00**    HearingRE: [45] Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement And Notice Thereof

                    Docket    45

**Matter Notes:**

    12/20/2022


<span style="color:red">The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling

POST PDF OF TENTATIVE OR AMENDED TENTATIVE RULING TO CIAO</span>

**Tentative Ruling:**

    12/19/2022

**Note: Parties may appear at the hearing either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.**

    For the reasons set forth below, the Motion is **GRANTED**.

**Pleadings Filed and Reviewed:**
1. Notice of Motion and Motion to Extend Debtor's Exclusive Period to File and Obtain Acceptances of Debtor's Plan Under 11 U.S.C. § 1121(d) [Doc. No. 45] (the "Motion")
    a. Errata to the Motion [Doc. No. 47]
2. As of the date of this tentative ruling, no objection is on file

## I. Facts and Summary of Pleadings

    On September 2, 2022 (the "Petition Date"), Mylife.com Inc. (the "Debtor") filed a voluntary Chapter 11 petition. The Debtor manages and operates its estate as a debtor-

# United States Bankruptcy Court
## Central District of California
Los Angeles
Ernest Robles, Presiding
**Courtroom 1568 Calendar**

---

**Tuesday, December 20, 2022**                                                                 **Hearing Room    1568**

10:00 AM
**CONT...    Mylife.com Inc.                                                                                Chapter 11**

in-possession.

On November 29, 2022, the Debtor filed the Notice of Motion and Motion to Extend Debtor's Exclusive Period to File and Obtain Acceptances of Debtor's Plan Under 11 U.S.C. § 1121(d) [Doc. No. 45] (the "Motion"). The Debtor requests that this Court enter an order extending the Debtor's exclusive period to file a Chapter 11 plan (the "Plan Filing Exclusivity Deadline") for approximately 180 days, from December 31, 2022 to and including June 29, 2023, and extending the Debtor's exclusive period to obtain acceptances of a Chapter 11 plan (the "Plan Acceptance Exclusivity Deadline," and together with the Plan Filing Exclusivity Deadline, the "Exclusivity Periods") for approximately 180 days, from March 1, 2023 to and including August 28, 2023. This is the Debtor's first request for an extension of the Exclusivity Periods.

Per the Motion, once the claims bar date is set and passes, the Debtor anticipates meaningful negotiations with its creditors around the amounts of their claims and payment terms, and preparation of claim objections and/or estimation motions, as necessary. Given the Petition Date, the 120-day initial exclusivity period per the Bankruptcy Code is currently set to expire on December 31, 2022. The Debtor is requesting an extension of the Exclusivity Periods to allow for time for the Debtor to complete its analysis, objection to and/or negotiations with regard to filed and/or scheduled disputed claims, so as to proceed with reorganization without the interference (and expense) of a competing Chapter 11 plan, and to extend the period in which Debtor may obtain acceptances and confirm a Chapter 11 plan accordingly. The Debtor believes in good faith that an extension of the Exclusivity Periods is in the best interest of the estate and creditors.

No opposition to the Motion is on file.

## II. Findings of Fact and Conclusions of Law

Section 1121(b) gives the Debtor the exclusive right to file a plan during the first 120 days after the date of the order for relief. If the Debtor files a plan within the 120-day exclusivity period, §1121(c)(3) provides that exclusivity is extended for an additional 60 days to maintain exclusivity during the plan solicitation period. If the plan has not been accepted by holders of impaired claims before 180 days after the date of the order for relief, then the exclusivity period terminates, unless the debtor has obtained an extension. § 1121(c)(3). Section 1121(d) permits the Court to reduce or increase the exclusivity period "for cause." Section 1121 provides the bankruptcy court "maximum flexibility to suit various types of reorganization proceedings." *In re*

# United States Bankruptcy Court
# Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Tuesday, December 20, 2022**       Hearing Room    1568

### 10:00 AM
**CONT...**     **Mylife.com Inc.**        **Chapter 11**

*Public Service Company of New Hampshire*, 88 B.R. 521, 534 (Bankr. D.N.H. 1988).

The Court finds that cause exists to extend the Exclusivity Periods in accordance with the Debtor's request. This is the Debtor's first request for extension. The Debtor's case, which has been pending approximately three months, is fairly complex, involving disputed claims, tax claims, and litigation with multiple creditors. The Debtor is proceeding in good faith and is in compliance with the requirements of the United States Trustee. The extension of the Exclusivity Periods will not prejudice creditors; rather, the extension will help facilitate a confirmable plan and benefit the estate.

The Plan Filing Exclusivity Deadline is extended from December 31, 2022 to and including June 29, 2023. The Plan Acceptance Exclusivity Deadline is extended from March 1, 2023 to and including August 28, 2023.

## III. Conclusion

For the reasons set forth above, the Motion is **GRANTED**. The Debtor shall submit a conforming order, incorporating this tentative ruling by reference, within seven days of the hearing.

No appearance is required if submitting on the Court's tentative ruling. If you intend to submit on the tentative ruling, please contact Evan Hacker or Daniel Koontz at 213-894-1522. **If you intend to contest the tentative ruling and appear, please first contact opposing counsel to inform them of your intention to do so.** Should an opposing party file a late opposition or appear at the hearing, the Court will determine whether further hearing is required. If you wish to make a telephonic appearance, contact Court Call at 888-882-6878, no later than one hour before the hearing.

| Party Information |
|---|

**Debtor(s):**

    Mylife.com Inc.                              Represented By
                                                                Leslie A Cohen