

Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Debtor in Possession

**FILED & ENTERED**

JAN 10 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

|  |  |
|---|---|
| *In re*<br><br>MYLIFE.COM, INC.<br><br>                    Debtor and<br>                    Debtor in Possession | Case No.  2:22-bk-14858-ER<br><br>Chapter 11<br><br>**ORDER APPROVING MOTION TO EXTEND DEBTOR'S EXCLUSIVE PERIOD TO FILE AND OBTAIN ACCEPTANCES OF DEBTOR'S PLAN UNDER 11 U.S.C. §1121(d)**<br><br>Hearing Information:<br>Date: December 20, 2022<br>Time: 10:00 a.m.<br>Courtroom: 1568 |

1

The Court having considered the *Motion to Extend Debtor's Exclusive Period to File And Obtain Acceptances of Debtor's Plan Under 11 U.S.C § 1121(d)* (the "**Motion**) [Docket No. 45] filed by Mylife.com, Inc., the chapter 11 debtor-in-possession in the above-referenced case ("**Debtor**"), and the record in this case, there being no opposition filed to the Motion, ~~and~~ the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore, and based on the Court's tentative ruling [Docket No. 62], which is incorporated herein by reference:

IT IS HEREBY ORDERED AS FOLLOWS:

1.   Debtor's exclusive period to file a plan is extended from from December 31, 2022 to and including June 29, 2023;

2.   Debtor's exclusive period to obtain acceptances of a plan is extended from March 1, 2023 to and including August 28, 2023; and

3.   This extension is without prejudice to the Debtor's right to seek further extensions, providing such extensions are not beyond a date that is 18 months (for the exclusive period to file a plan) or 20 months (for the exclusive period to obtain acceptances to a plan) after the order for relief; it is also without prejudice to the right of any party in interest to oppose such request(s) for further extensions, or seek to reduce or terminate the exclusive periods for cause.

### # # #

Date: January 10, 2023

Ernest M. Robles
United States Bankruptcy Judge