

FILED & ENTERED

JAN 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Mylife.com Inc.,<br>            Debtor. | Case No.:  2:22-bk-14858-ER<br>Chapter:   11<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>**[RELATES TO DOC. NO. 80]**<br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

   The Court having entered an order providing notice that it intended to grant the *Motion for an Order to File that Certain LexisNexis Risk Solutions Reseller Agreement Originally Entered By and Between LexisNexis and Debtor on or About April 8, 2011 and the Twenty Written Amendments Thereto Under Seal in Support of LexisNexis' Motion for Order to Immediately Assume or Reject Contract* [Doc. No. 80] (the "Motion to Seal") filed by LexisNexis Risk Solutions FL ("LN") unless an objection was filed[1]; and no objection to the Motion to Seal having been timely filed; and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The Motion to Seal is **GRANTED**.
2) LN is authorized to file the Reseller Agreement[2] under seal (the "Sealed Document"). The Sealed Document shall be filed in the following manner:
    a) By no later than **Saturday, January 28, 2023 at 5:00 p.m.**, LN shall e-mail a PDF copy of the Sealed Document to the Court's Chambers E-mail address: Chambers_ERobles@cacb.uscourts.gov.
    b) By no later than **Tuesday, January 31, 2023**, LN shall deliver a hard copy of the Sealed Document directly to Judge Robles' chambers. The Sealed Document shall be enclosed in a sealed envelope with a cover sheet affixed thereto. The cover sheet shall

---

[1] Doc. No. 87.
[2] Capitalized terms not defined herein have the meaning set forth in the Motion to Seal.

set forth the case caption and the identity of the document but shall not contain any of the confidential information.

IT IS SO ORDERED.

###

Date: January 27, 2023

Ernest M. Robles
United States Bankruptcy Judge