Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:22-bk-14858-VZ |
| MYLIFE.COM, INC | Chapter 11 |
| | **STIPULATION ASSUMING EXECUTORY CONTRACT WITH DELL FINANCIAL SERVICES L.L.C. AND ADMINISTRATIVE CLAIM** |
| Debtor and Debtor in Possession | |
| | [No Hearing Required] |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> **MYLIFE.COM INC.,** <br><br> Debtor. | Case No. 2:22-bk-14858-VZ <br><br> Chapter 11 |

**STIPULATION
ASSUMING EXECUTORY CONTRACT WITH
DELL FINANCIAL SERVICES L.L.C. AND ADMINISTRATIVE CLAIM**

Debtor Mylife.com Inc. (the "Debtor"), on the one hand, and Dell Financial Services L.L.C. (the "DFS"), on the other hand, hereby stipulate and agree (the "Stipulation") to the following:

**Recitals**

WHEREAS, on September 2, 2022 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (Los Angeles) (the "Court") under Case No. 2:22-bk-14858-VZ (the "Bankruptcy Case").

WHEREAS, prior to the Petition Date, as part of the Debtors' ordinary course of business operations, DFS and Debtor entered into a Master Lease Agreement No. 001-9005795-004 and all related schedules thereto, dated February 25, 2022 (collectively, and together with any and all amendments, addendums, and orders issued pursuant thereto, the "Subject Agreement").

WHEREAS, in connection with the Debtor's Bankruptcy Case, the Debtor will assume the Subject Agreement upon effective date of the Debtors' plan of reorganization (as may be amended, modified, or superseded, the "Plan") in the Bankruptcy Case (the "Plan Effective Date").

WHEREAS, DFS asserts that, as of the Petition Date, the Debtor owed DFS $0.00 under the Subject Agreement (the "Prepetition Arrears").

WHEREAS, DFS asserts that, subsequent to the Petition Date, the Debtor owes DFS $74,596.06 as of November 30, 2023, which continues to accrue per the terms of the Subject Agreement (the "Postpetition Arrears"), and such expenses are deemed to be administrative expenses benefitting the estate.

WHEREAS, Debtor has determined in the exercise of its sound business judgment to assume the Subject Agreement pursuant to section 365 of the Bankruptcy Code as set forth herein and to enter into this Agreement with DFS.

WHEREAS, DFS consents to such assumption on the terms set forth herein.

NOW, THEREFORE, the Parties stipulate and agree as follows, subject to Court approval:

**Agreement**

1. **Recitals.** The foregoing recitals are incorporated herein by reference as if set forth at length herein.

2. **Stipulation Effective Date.** This Stipulation shall be effective upon the date that a final, non-appealable order is entered by the Court approving this Stipulation.

3. **Assumption.** The Debtors will assume the Subject Agreement on the Plan Effective Date.

4. **No Objection.** The Subject Agreement shall be assumed by the Debtor with a cure amount, to include the Prepetition Arrears and Postpetition Arrears, which is $74,596.06 as of November 30, 2023, and which continues to accrue at the rate of $7,158.93/month (the "Cure Amount"). The Vendor will not contest the Cure Amount in connection with the assumption of the Subject Agreement, and the Debtor will pay the Cure Amount to the Vendor within six months after the Plan Effective Date in six equal monthly payments, beginning upon the first day of the first month after the Plan Effective Date (this payment obligation shall be in addition to the continually accruing payment obligations outlined in paragraph 5 below).

5. **Agreement to Abide by Subject Agreement.**

(a) Except as modified herein, the Vendor shall continue to provide the leased equipment to the Debtor based on the terms and conditions contained in the Subject Agreement.

(b) In addition to the obligations in paragraph 4, the Debtor shall continue to honor any and all contractual obligations, including any and all continually accruing payment obligations, under the Subject Agreement in the ordinary course of business, upon the Plan Effective Date.

6. **Waiver.** Upon the Stipulation Effective Date, the Company shall be deemed to have fully waived and released with prejudice any and all claims that they may have against the Vendor under sections 547, 548, 549, and 550 of the Bankruptcy Code

arising out of the Subject Agreement, including but not limited to any prepetition and/or post-petition payments made under the Subject Agreement.

7. **Failure to Confirm Plan.** If a Plan is not confirmed by January 31, 2024, then the automatic stay with regard to any and all collateral under the Subject Agreement is automatically lifted, and the Vendor may pursue any and all remedies available under state law, and the Vendor's Cure Amount shall be an administrative claim to be payable by Debtor by February 10, 2024.

8. **Failure to Pay.** In the event that Debtor fails to timely honor its payment obligations in paragraph 4 or paragraph 6, then Vendor may proceed with any and all available remedies, and Vendor's Cure Amount shall be an administrative claim and shall be due and payable immediately and in its entirety upon such default.

9. **Miscellaneous.** The undersigned hereby represent and warrant that: (a) they have full authority to execute this Stipulation on behalf of the respective Parties; (b) the respective Parties have full knowledge of, and have consented to, this Stipulation; and (c) they are fully authorized to bind the Party to all of the terms and conditions of this Stipulation.

10. **Entire Agreement.** Other than the Subject Agreement, this Stipulation sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them. This Stipulation may not be changed, modified, amended or supplemented, except in a writing signed by both Parties.

11. **Executed in Counterparts.** This Stipulation may be executed in

counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same agreement. Signatures by facsimile or electronic signatures shall count as original signatures for all purposes.

12. **Implementation.** The Debtors are authorized and empowered to take all actions they deem necessary to implement the terms of this Stipulation.

13. **Jurisdiction.** The Court shall retain jurisdiction with respect to all actions arising from or related to the implementation or interpretation of this Stipulation.

AGREED AND APPROVED AS TO FORM AND SUBSTANCE:

Dated: January 9, 2024

| **MYLIFE.COM INC.**<br>*Debtor* | **DELL FINANCIAL SERVICES L.L.C.** |
|---|---|
| By: *[signature]*<br>Jeffrey Tinsley<br>CEO | By: _____<br>Richard D. Villa<br>Texas State Bar No. 24043974<br>Attorney for Dell Financial Services L.L.C.<br>STREUSAND LANDON OZBURN LEMMON, LLP<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746<br>(512) 236-9903<br>villa@slollp.com |

5

counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same agreement. Signatures by facsimile or electronic signatures shall count as original signatures for all purposes.

12. **Implementation.** The Debtors are authorized and empowered to take all actions they deem necessary to implement the terms of this Stipulation.

13. **Jurisdiction.** The Court shall retain jurisdiction with respect to all actions arising from or related to the implementation or interpretation of this Stipulation.

AGREED AND APPROVED AS TO FORM AND SUBSTANCE:

Dated: January 9, 2024

| **MYLIFE.COM INC.** | **DELL FINANCIAL SERVICES L.L.C.** |
| *Debtor* | |
| | |
| By: | By: /s/ Richard D. Villa |
| _____ | |
| Jeffrey Tinsley | Richard D. Villa |
| CEO | Texas State Bar No. 24043974 |
| | Attorney for Dell Financial Services L.L.C. |
| | STREUSAND LANDON OZBURN LEMMON, LLP |
| | 1801 S. MoPac Expressway, Suite 320 |
| | Austin, TX 78746 |
| | (512) 236-9903 |
| | villa@slollp.com |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION ASSUMING EXECUTORY CONTRACT WITH DELL FINANCIAL SERVICES L.L.C. AND ADMINISTRATIVE CLAIM**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___1/11/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
Paul A Beck    pab@pablaw.org, raychael@pablaw.org
Shraddha Bharatia    notices@becket-lee.com
Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
Arthur A Greenberg    agreenberg@gblawllp.com, mkerpik@gblawllp.com
Dare Law    dare.law@usdoj.gov
Leah Victoria Lerman    leah.v.lerman@usdoj.gov
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Jeremy H Rothstein    jrothstein@gblawllp.com, msingleman@gblawllp.com;rsoll@gblawllp.com
Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Christopher VanDeusen    christopher.k.vandeusen@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov          ☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _1/11/24_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/11/24 | Clare Hendricks | /s/ Clare Hendricks |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          Employment Development Department        Larson LLP
0973-2                                   Bankruptcy Group MIC 92E                 555 South Flower Street Ste 4400
Case 2:22-bk-14858-VZ                    PO BOX 826880                            Los Angeles, CA 90071-2416
Central District of California           Sacramento, CA 94280-0001
Los Angeles
Thu Jan 11 14:59:26 PST 2024

Leslie Cohen Law PC                      Mylife.com Inc.                          UNITED STATES OF AMERICA on behalf of the IN
1615-A Montana Avenue                    5161 Lankershim Blvd                     U.S. Attorney's Office - Tax Divisi
Suite 700                                Ste 250                                  300 N. Los Angeles St., Room 7211
Santa Monica, CA 90403-1807              North Hollywood, CA 91601-4963           Attn: Jolene Tanner
                                                                                  Los Angeles, CA 90012-3342

Los Angeles Division                     1437110 Ont. Inc                         6368948 Canada Inc.
255 East Temple Street,                  CP 2666 succ B                           2720 Iris St.
Los Angeles, CA 90012-3332               Mont-Tremblant, QC, Canada J8E 1B1       Ottawa, ON, Canada, K2C 1E6


7984391 Canada Inc. From FlexPay         ANTHONY MAZZARELLA                       ARDAVAN MOFIDISHIRAZI
297 rue Saint Paul West, Suite 007       282 Davison Head Drive                   11912 Gorham Ave, Apt 3
Montreal, QC Canada                      Friday Harbor, WA 98250-9161             Los Angeles, CA 90049-5358
H2Y 2A5,


ART SHAPIRO                              AT & T Mobility                          Accertify, Inc
8787 Shoreham Drive                      P.O. Box 6463                            c/o Becket and Lee LLP
West Hollywood, CA 90069-2231            Carol Stream, IL 60197-6463              PO Box 3002
                                                                                  Malvern  PA 19355-0702


Accertify, Inc.                          Adswerve, Inc.                           Alex Mashinsky
25895 Network Place                      PO Box 669258                            210 E 68 St. #13C
Chicago, IL 60673-1258                   Dallas, TX 75266-9258                    New York, NY 10065-6028


Alison Bockius                           Alison Bockius c/o Raina C. Borrelli     Amazon Capital Services, Inc.
c/o Michael F. Ram, Morgan & Morgan      Turke & Srauss LLP                       PO Box 035184
711 Van Ness Ave. Ste 500                613 Williamston St. Suite 201            Seattle, WA 98124-5184
San Francisco, CA 94102-3275             Madison, WI 53703-3515


Andrew Magpantay                         Angela Faunce                            Angela Faunce c/o Raina C. Borrelli
1644 Colby Ave. # 1                      c/o Michael F. Ram, Morgan & Morgan      Turke & Srauss LLP
Los Angeles, CA 90025-3051               711 Van Ness Ave. Ste 500                613 Williamston St. Suite 201
                                         San Francisco, CA 94102-3275             Madison, WI 53703-3515


Annette Howard                           Anthony Mazzarella                       Anthony Parsons
1275 Meadowbrook Ave                     5161 Lankershim Blvd. Suite 250          63 Harry Douglas Dr.
Los Angeles, CA 90019-2816               North Hollywood, CA 91601-4963           Stittsville, ON, Canada, K2S 1Z4


Art Shapiro                              Aviva Kellman                            Aviva Kellman c/o Raina C. Borrelli
Elliott & Associates                     c/o Michael F. Ram                       Turke & Srauss LLP
12121 Wilshire Blvd., Suite 810          MORGAN & MORGAN                          613 Williamston St. Suite 201
Los Angeles, CA 90025-1166               711 Van Ness Ave. Ste 5                  Madison, WI 53703-3515
                                         San Francisco, CA 94102-3244
```

| | | |
|---|---|---|
| BANK OF THE WEST<br>475 SANSOME ST FL 19<br>San Francisco, CA 94111-3172 | Barracuda Networks, Inc.<br>Dept LA 22762<br>Pasadena, CA 91185-2762 | Betsy Superfon<br>10351 Wilshire Blvd. Suite 404<br>Los Angeles, CA 90024-4736 |
| Boyd Charles Smith and Jill Johnson Trust U/<br>682 Villa St. Suite G<br>Mountain View, CA 94041-1375 | Brett Bullington<br>470 Tennyson Ave.<br>Palo Alto, CA 94301-3837 | Brian O'Higgins<br>27 Palisade St.<br>Nepean, Canada, ON, K2G 5M6 |
| Brian Ross<br>1421 Bienvenida Ave.<br>Pacific Palisades , CA 90272-2347 | Brion Finlay<br>c/o David J.S. Madgett<br>Madgett & Klein PLLC<br>1161 East Wayzata B<br>Wayzata, MN 55391-1935 | Brion Finlay<br>c/o Robert P Hopper & Assoc.<br>333 S. 7th Street, Suite 2450<br>Minneapolis, MN 55402-2429 |
| Burr & Forman LLP<br>PO BOX 830719<br>Birmingham, AL 35283-0719 | CDW<br>PO Box 75723<br>Chicago, IL 60675-5723 | CHRISTIAN SANTOS<br>6001 Annan Way<br>Los Angeles, CA 90042-1223 |
| COGENT COMMUNICATIONS, INC<br>PO BOX 791087<br>Baltimore, MD 21279-1087 | Cambrian LLC<br>1686 Second St. Suite 217<br>Livermore, CA 94550-4328 | Capital Z Corporation<br>Capital Z Corp. 67 Rebecca Court<br>Maple, ON, Canada, L6A 1G2 |
| Caroline Somers<br>51 Frank St.<br>Ottawa, ON, Canada, K2P 0X1 | Catchpoint Systems, Inc.<br>150 W. 30th Street, 3rd FL<br>New York, NY 10001-4148 | Chris Albinson<br>21 Niven way<br>Larkspur, CA 94939-1525 |
| Cloudflare, Inc<br>Mail Code 5267 PO Box 660367<br>Dallas, TX 75266-0367 | Crawford Revocable Family Trust<br>4555 E. Mayo Blvd, Unit 29101<br>Phoenix, AZ 85050-6994 | DAVID WOLFE<br>515 S Aberdeen Street<br>Anaheim, CA 92807-4656 |
| DE Park Avenue 1100, LLC<br>10866 Wilshire Blvd. Suite 270<br>Los Angeles, CA 90024-4338 | DESIREE KINSLEY<br>9610 S Greenleaf Ave<br>Whittier, CA 90605-2723 | DLA Piper LLP (US)<br>P.O. Box 75190<br>Baltimore, MD 21275-0001 |
| Dara Ohuiginn<br>18 Byron Ave.<br>Ottawa, ON, Canada, K1Y 3H9 | Dave Caughey<br>10 Plaza Court<br>Nepean, ON, Canada, K2H 7W | David A. Rancourt<br>c/o Ryan J. Andrews and David A. Weisz<br>Andrews Law Firm<br>822 North Monroe St<br>Tallahassee, FL 32303-6141 |
| David Helfrich<br>3000 Sand Hill Road, Suite I-170<br>Menlo Park, CA 94025-7113 | David Koblas<br>3275 Dalbe Viau<br>Montral Quebec, Canada, H8T 3N4 | David Madgett<br>333 South Seventh St. Suite 2450<br>Minneapolis, MN 55402-2429 |

David Madgett
Hutton Madgett, PLLC
1161 East Wayzata Blvd. #314
Wayzata, MN 55391-1935

David S. Raab
14 Grace Church Street
Rye, NY 10580-3950

De Lage Landen Financial Serv Inc
1111 Old Eagle School Rd
Wayne  PA 19087-1453


(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Deidre Dennis and William Bonvie
c/o Ari Marcus, Marcus Zellman LLC
701 Cookman Ave, Ste 3
Asbury Park, NJ 07712-7048

Deidre Dennis and William Bonvie
c/o Francis Mailman Soumilas, P.C.
1600 Market Street
Ste 2510
Philadelphia, PA 19103-7208


(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Digital 2260 East El Segundo, LLC
dba Digital Realty Trust, LP
P.O. Box 748056
Los Angeles, CA 90074-8056

Doll Amir & Eley LLP
725 South Figueroa Street, Suite 3275
Los Angeles, CA 90017-5454


EMC CORPORATION
176 SOUTH ST
Hopkinton, MA 01748-2230

Echo Capital Growth Corporation
2000  1874 Scarth Street
Regina, Saskatchewan, Canada, S4P 4B3

Edgewater Ventures, LLC
PO 4303
Roche Harbor, WA 98250-4303


Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Endeavor Group LLC
5150 El Camino Real, Suite C20
Los Altos, CA 94022-1542

Endeavor Partners LP
5150 El Camino Real, Suite C20
Los Altos, CA 94022-1542


Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022-7222

Erika A. Heath
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Erlauf Holdings Limited
500 Fordell Ave.
Kanata, ON, Canada, K2W 0B3


Ethoca Limited
100 Sheppard Avenue East, Suite 605
Toronto,  Canada
ON M2N 6N5,

Fast People Search.com, USPhoneBok.com
dba Mississippi Tornado Alley LLC
1915 21st Street
Sacramento, CA 95811-6813

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Freedman & Associates
117 Centerpointe Dr., Suite 350
Ottawa, ON, Canada, K2G 5X3

Gary Hall
8491 Sunset Blvd. # 227
Los Angeles, CA 90069-1911

Gil Penchina
500 Third St., Suite 405
San Francisco, CA 94107-1889


Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Google Inc.
P.O. Box 39000
90088-3654

Google Inc.
P.O. Box 883654
Los Angeles, CA 90088-3654


Google LLC
c/o White and Williams LLP
Attn: James C. Vandermark
1650 Market Street, Suite 1800, PA 19103

Highmark Companies, LLC
PO Box 5459
Cary, NC 27512-5459

Highview Ventures, LLC
15957 Asilomar Boulevard
Pacific Palisades, CA 90272-4270

```
INTERNAL REVENUE SERVICE                    Idea Launch, Inc (Growth Rocket)           InboxAlly Inc.
CENTRALIZED INSOLVENCY OPERATIONS           13600 Marina Pointe Dr., Suite 906         1178 Broadway, 3rd floor #1166
PO BOX 7346                                 Marina Del Rey, CA 90292-9251              New York, NY 10001
PHILADELPHIA, PA 19101-7346


Industrious National Management Company     Integrated Media Technologies, Inc         Internap Network Services
dba Industrious LA 1100 Glendon Avenue L    5200 Lankershim Blvd. STE. 700             Dept 0526 P. O. Box 120526
215 Park Avenue South, Suite 1200           North Hollywood, CA 91601-3160             Dallas, TX 75312-0526
New York, NY 10003-1603


J. Robert Wheatley                          JOSEPH COHEN                               James Hayko
3225 Ash Street                             Schonbrun Seplow Harris Hoffman & Zeldes   21 Hyannis Avenue
Palo Alto, CA 94306-2240                    501 W Broadway Ste 800                     Nepean, ON, Canada, K2J 2X1
                                            San Diego, CA 92101-3546


James Uharriet                              James Uharriet c/o Raina C. Borrelli       Janet Leonard
c/o Michael F. Ram, Morgan & Morgan         Turke & Srauss LLP                         2905 Champs Elysees Blvd.
711 Van Ness Ave. Ste 500                   613 Williamston St. Suite 201              Half Moon Bay, CA 94019-1371
San Francisco, CA 94102-3275                Madison, WI 53703-3515


Jefferson Partners Management Corp.         Jeffrey Tinsley                            Jeffrey Tinsley
17 Bessborough Dr.                          5161 Lankershim Blvd. Suite 250            85 Crestview Avenue
East York, ON, Canada, M4G 3H6              North Hollywood, CA 91601-4963             Camarillo, CA 93010-1701


Jeremy Payne                                Jody Sectzer                               John Bonell
95 Britannia Rd.                            P. O. Box 801374                           1107 W. Pendleton Place
Ottawa, ON, Canada, K2B 5W4                 Santa Clarita, CA 91380-1374               Mt. Prospect, IL 60056-2952


John Bonell c/o Eugene Turin                John Coanda                                John Eisenman
McGuire Law P.C.                            12100 Herbert St.                          1800 10th Ave. #2
55 W. Wacker Drive                          Los Angeles, CA 90066-5204                 San Francisco, CA 94122-4644
Chicago, IL 60601-1609


Joseph Cohen c/o Helen I. Zeldes            Joseph Cohen c/o Michael Flannery          Joseph Cohen c/o Tammy Gruder Hussin
Schonbrun Seplow Harris Hoffman & Zeldes    Cuneo Gilbert & LaDuca LLP                 Hussin Law
715 Fremont Ave., Ste A                     7733 Forsyth Boulevard, Suite 1675         1596 N. Coast Highway
South Pasadena, CA 91030-6036               Saint Louis, MO 63105-1822                 Encinitas, CA 92024-1446


Kamran Pourzanjani, Trustee                 Karen Evans                                Karen Evans c/o Raina C. Borrelli
Pourzanjani Family Trust II dated May 15    c/o Michael F. Ram, Morgan & Morgan        Turke & Srauss LLP
2192 Stradella Rd.                          711 Van Ness Ave. Ste 500                  613 Williamston St. Suite 201
Los Angeles, CA 90077-2325                  San Francisco, CA 94102-3275               Madison, WI 53703-3515


Ken Campbell                                Ken Davison                                Kristen Schwarze
851 Cummings Ave.                           30 Roycott Way                             c/o David Madgett, Madgett & Klein
Ottawa, ON, Canada, K1K 2L3                 Ottawa, ON, Canada, K2W 1C7                1161 East Wayzata Blvd. #314
                                                                                       Wayzata, MN 55391-1935
```

Kristin Schwarze
333 South Seventh St. Suite 2450
Minneapolis, MN 55402-2429

Kristina Wuest
c/o Anthony I. Paronich, Paronich Law
350 Lincoln St. Suite 2400
Hingham, MA 02043-1579

Kristina Wuest
c/o Jon B. Fougner, Fougner Law
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Kristina Wuest
c/o William A. Percey. Schlichter & Shon
2381 Rosecrans Ave. Ste 326
El Segundo, CA 90245-4920

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Larry Baird
4181 Elmer Ave.
Studio City, CA 91602-3337

Larry Jacobson
3430 Ardsley Pl.
Encino, CA 91436-4024

Lesley Kaplan
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Leslie Kaplan
c/o James Francis, Francis Mailman Soumi
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Lexis Nexis
28330 Network Place
Chicago, IL 60673-1283

LexisNexis Risk Solutions FL Inc.
Mark Moedritzer
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

LexisNexis Risk Solutions, FL
c/o Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook, APC
10866 Washington Bl. #108
Culver City, CA 90232-3610

MINH TRAN
11176 Madrigal St
San Diego, CA 92129-1233

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO
P.O. BOX 4539
Boston, MA 02212-4539

MX ToolBox, Inc.
P. O. Box 975231
Dallas, TX 75397-5231

Marc L. Andreessen and Laura Arrillaga-Andre
LAMA Community Trust .
c/o JP Morgan Private Bank
Los Angeles, CA, 90067

Margaret Caughey
223 Grandview Rd.
Ottawa, ON, Canada, K2H 8B9

Maribel Deyerler
121 West Hillgrove Avenue, Unit 455
La Grange, IL 60525-1018

Maribel Deyerler c/o Beaumont Costales LLC
3151 W. 26th St.
Second Floor
Chicago, IL 60623-4030

Mariposa Invest Holding AG
8832 Wollerau
Frberstrasse 4, Switzerland

Mark Allison
94 Mercer St.
New York, NY 10012-4425

Mark Holbrow
c/o Andrew D. Cotlar
23 W. Court St.
Doylestown, PA 18901-4241

Mark Moedritzer
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

Mary K. Marsden
2201 Euclid Ave.
Austin, TX 78704-5125

Mayer Brown LLP
2027 Collection Center Dr
Chicago, IL 60693-0020

Mayer Brown LLP
Attn: Nicholas C. Listermann
311 West Monroe Street 7th Floor
Chicago, IL 60606-4618

Mehran Nia
11676 Terry Place
Los Angeles, CA 90049

Michael Tanne
2232 W Middlefield Rd.
Mountain View, CA 94043-2769

Michele Turner
390 Ramona Rd.
Portola Valley, CA 94028-8139

Microsoft Online, Inc.
PO Box 847543
Dallas, TX 75284-7543

| | | |
|---|---|---|
| Mika Illouz<br>710 Paul Ave.<br>Palo Alto, CA 94306-3162 | Mississippi Tornado Alley LLC<br>1915 21st Street<br>Sacramento, CA 95811-6813 | Monika Chichowlas c/o Eugene Turin<br>McGuire Law P.C.<br>55 W. Wacker Drive<br>Chicago, IL 60601-1609 |
| Monika Cichowlas<br>8545 N Capital of Texas Hwy, Apt 2125<br>Austin, TX 78759-8078 | Morrison & Foerster LLP<br>P. O. Box 742335<br>Los Angeles, CA 90074-2335 | NakedFront LLC<br>4424 Campbell Drive, Rear Unit<br>Los Angeles, CA 90066-6214 |
| Nathan Schrenk<br>407 E. Argonne Dr.<br>St Louis, MO 63122-4523 | Neustar Information Services, Inc.<br>Bank of America P. O. Box 742000<br>Atlanta, GA 30374-2000 | Nina D. Burke<br>20 Quarry Point<br>Hudson, QC, Canada, J0P 1H0 |
| Nixon Peabody LLP<br>Attn: Felicia McClendon<br>One California Plaza<br>300 South Grand Ave<br>Los Angeles, CA 90071-3109 | NuBreed Digital Media<br>Attn: Garen Der-Grigourian<br>2671 Orange Sky Lane<br>Las Vegas, NV 89138-6122 | One Touch Solutions, Inc.<br>370 Amapola Ave. # 106<br>Torrance, CA 90501-7241 |
| Oracle America Inc.<br>PO Box 44471<br>San Francisco, CA 94144-0001 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 | PONNUSWAMY PADMANABHAN<br>23011 Edenton Pl<br>Valencia, CA 91354-2019 |
| PRAVIN GEORGE<br>791 Covewood St<br>Oak Park, CA 91377-4759 | PROTIVITI INC<br>12269 Collections Center Drive<br>Chicago, IL 60693-0001 | Paul Wilson<br>144 Tapadero Ave.<br>Ottawa, ON, Canada, K2V 0A7 |
| Peter Broadwell<br>2325 Cornell Street<br>Palo Alto, CA 94306-1314 | Peter Thiel<br>c/o Clarium Ventures LP - Attn: Nathan L<br>San Francisco, CA, 94129 | Peterson Ventures III, LLC<br>2825 E. Cottonwood Pkwy # 435<br>Salt Lake City, UT 84121-7076 |
| Pitney Bowes<br>Purchase Power P. O. Box 371874<br>Pittsburgh, PA 15250-7874 | RAJNISH SINHA<br>21107 Oakleaf Canyon Dr.<br>Newhall, CA 91321-4675 | RICK BURSKY<br>5709 Lemp Ave<br>North Hollywood, CA 91601-1641 |
| RONALD AYSON<br>7844 Etiwanda Ave<br>Reseda, CA 91335-2059 | Ronald Palmieri<br>38781 Maracaibo Circle South<br>Palm Springs, CA 92264-0212 | SAM CONDORETTI<br>5742 Cardale Street<br>Lakewood, CA 90713-1508 |
| SHARYN ELES<br>11677 Amigo Ave<br>Porter Ranch, CA 91326-1849 | SHARYN ELES<br>5161 Lankershim Blvd Ste 250<br>North Hollywood CA 91601-4963 | SOMPOP WACHIRALARPPAITOON<br>110 N Chapel Ave #11<br>Alhambra, CA 91801-3526 |

SRIKANTH CHAKILAM
27403 Whitefield Pl
Valencia, CA 91354-1802

Saints Ventures II, L.P.
1624 Market Street Ste 226 PMB 29471
Dover, CO 80202-1559

Sean Whiteley
16737 Edgar Street
Pacific Palisades, CA 90272-3226


Sean Whiteley
Sharyn E Eles
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

Seyfarth Shaw LLP
233 S Wacker Drive, Suite 8000
Chicago, IL 60606-6448

Shelbey Davis
1819 23rd Avenue #E204
Seattle, WA 98122-3095


Sommerer Privatstiftung
Privatstiftung Sommerer
Bergstrasse 26 A 3224
Austria

Srikanth Chakilam
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

State of Delaware
Division of Corporations P. O. Box 5509
Binghamton, NY 13902-5509


Steven Kay
9284 Flicker Pl.
Los Angeles, CA 90069-1726

Sujin Gilmore
1708 Harriman Ln. Unit B
Redondo Beach, CA 90278-4129

Superteamz LTD (Mark Brooks)
Times Square, 2201=07 Tower Two
1 Matheson Street Causeway Bay
Hong Kong,


TARUN TYAGI
1810 pandora ave #202
Los Angeles, CA 90025-6782

Telesign Corporation
13274 Fiji Way #600
Marina Del Rey, CA 90292-7293

The Estate of Deidre Dennis
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310


The Founders Fund, LP
1 Letterman Drive, Bldg C, Suite 420
San Francisco, CA 94129-2402

The Stryker-Mohrlock Trust
100 Overlook Center, 2nd Floor
Princeton, NJ 08540-7814

Thomas E. Birch
20 Quarry Point
Hudson, QC, Canada, J0P 1H0


Thomas Seel
Pan Dacom Networking AG
Dreieich Plaza 1B
Dreieich, Germany, 63303

Timothy Goettel
24958 Tree Ave.
Mission Viejo, CA 92691-3737

Todd Pines
43 Old Hill Rd.
Westport, CT 06880-2308


Tosetti Family Trust
1011 Oak Grove Avenue
San Marino, CA 91108-1025

TransUnion Risk and Alternative Data Solutio
P. O. Box 209047
Dallas, TX 75320-9047

True People Search.com dba Free Data Service
1915 21st Street
Sacramento, CA 95811-6813


USDOJ Consumer Protection Branch
Attn: Zachary A. Dietert
450 5th Street, N.W. Ste. 6400-South
Washington, DC 20530-0001

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

United States of America
Leah V. Lerman
1100 L St. NW
Washington, DC 20005-4035


Validity Inc.
DEPT CH 17384
Palatine, IL 60055-7384

Vaughn Rhodes
6 Copious Lane
Ladera Ranch, CA 92694-1316

Verifi, Inc.
8391 Beverly Blvd. #310
Los Angeles, CA 90048-2633

| | | |
|---|---|---|
| Verizon Digital Media Services Inc.<br>PO Box 21412<br>New York, NY 10087-1412 | WT Visa Corp. Card - JT<br>Payment Remittance Center PO Box 77033<br>Minneapolis, MN 55480-7733 | WSM International<br>18530 Mack Avenue<br>Suite 406<br>Grosse Pointe, MI 48236-3254 |
| WageWorks, Inc<br>P.O. Box 224547<br>Dallas, TX 75222-4547 | Website Movers International, LLC -WSM dba<br>Connectria TopCo, LLC<br>18530 Mack Avenue, Box 406<br>Gross Pointe Farms, MI 48236-3254 | Website Movers International, LLC -WSM dba C<br>18530 Mack Avenue, Box 406<br>Gross Pointe Farms, MI 48236-3254 |
| Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo V Purchasing Card - Diana<br>Payment Remittance Center PO Box 77033<br>Minneapolis, MN 55480-7733 | William Alex Voxman<br>355 South Grand Ave. Suite 100<br>Los Angeles, CA 90071-3104 |
| William Bonvie<br>Francis Mailman Soumilas, P.C.<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104-3310 | Wilson Elser Moskowitz Edelman & Dicker LLP<br>ATTN: Juan M. Cruz, Program Administrato<br>555 S. Flower Street<br>Suite 2900<br>Los Angeles, CA 90071-2407 | Windstream - Paetec<br>P. O. Box 9001013<br>Louisville, KY 40290-1013 |
| Zaius, Inc.<br>205 Portland Street 6th Floor<br>Boston, MA 02114-1735 | Leslie A Cohen<br>Leslie Cohen Law PC<br>1615-A Montana Ave<br>Santa Monica, CA 90403-1807 | |