| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>ABRAM S. FEUERSTEIN, SBN 133775<br>ASSISTANT UNITED STATES TRUSTEE<br>DAVID S. SHEVITZ, State Bar No. 271917<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, California 90017-3560<br>(213) 894-3240 telephone<br>(213) 894-2603 facsimile<br>Email: David.S.Shevitz@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* UNITED STATES TRUSTEE | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>MYLIFE.COM, INC., <br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:22-bk-14858-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT |

PLEASE TAKE NOTE that the order titled ORDER GRANTING UNITED STATES TRUSTEE'S MOTION AND CONVERTING CHAPTER 11 CASE TO ONE UNDER CHAPTER 7

was lodged on (*date*) 2/8/2024 and is attached. This order relates to the motion which is docket number 318.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, State Bar No. 133775
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (213) 894-3240
Facsimile No. (213) 894-2603
Email: David.S.Shevitz@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MYLIFE.COM, INC.,<br><br>        Debtor. | Case No.: 2:22-bk-14858-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION AND CONVERTING CHAPTER 11 CASE TO ONE UNDER CHAPTER 7**<br><br><u>Hearing on UST Motion to Convert/Dismiss</u><br>Hearing Date: February 8, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 1368<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

The Court held a hearing on the U.S. Trustee's Motion to Dismiss or Convert (the "Motion") [Dkt. No. 318] on February 8, 2024 at 10:00 a.m. Appearances are reflected on the Court's record. The Court, having considered the pleadings filed with the Court in support of the Motion and opposed to the Motion, for the reasons stated on the record at the time of the hearing, including the findings of fact and conclusions of law, and good cause appearing therefor:

///

///

///

1

1    **IT IS HEREBY ORDERED** that the United States Trustee's Motion is granted;

2    **IT IS HEREBY FURTHER ORDRED** that this case is converted from one under Chapter

3    11 to one under Chapter 7, bearing the same case number.

4    ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

915 Wilshire Blvd. Suite 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____2/8/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ___2/8/2024_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached:

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/8/2024 | DAVID S. SHEVITZ | /s/ David S. Shevitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

## ADDITIONAL SERVICE INFORMATION

### SECTION I – EMAIL SERVICE

Julian K Bach, interested party, Julian@Jbachlaw.com, julianbach@sbcglobal.net
Paul A Beck, interested party, pab@pablaw.org, raychael@pablaw.org
Shraddha Bharatia, interested party, notices@becket-lee.com
Bradley E Brook, interested party, bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
Shawn M Christianson, interested party, cmcintire@buchalter.com, schristianson@buchalter.com
Leslie A Cohen, debtor's counsel, leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Jamie P Dreher, interested party, jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
Arthur A Greenberg, interested party, agreenberg@gblawllp.com, mkerpik@gblawllp.com
Dare Law, UST counsel, dare.law@usdoj.gov
Leah Victoria Lerman, counsel for USA, leah.v.lerman@usdoj.gov
Jeremy H Rothstein, interested party Shelton Investments Inc., jrothstein@gblawllp.com, msingleman@gblawllp.com;rsoll@gblawllp.com
Jolene Tanner, counsel for USA, jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov
Christopher VanDeusen, counsel for USA, christopher.k.vandeusen@usdoj.gov
Hatty K Yip, UST counsel, hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

### SECTION II – U.S. MAIL SERVICE

**Judge**
Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple St., Ste. 1360
Los Angeles, CA  90012

**Debtor**
Mylife.com Inc.
5161 Lankershim Blvd, Ste 250
North Hollywood, CA 91601

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 3                        **F 9021-1.2.BK.NOTICE.LODGMENT**