Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Former Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MYLIFE.COM, INC.,<br><br>Debtor and<br>Debtor in Possession | Case No. 2:22-bk-14858-VZ<br><br>Chapter 11<br><br>**DEBTOR'S SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF CHAPTER 11 CASE AS REQUIRED BY FED. R. BANKR. P. 1019(5)** |

Mylife.com, Inc. ("**Debtor**"), debtor in the above-captioned bankruptcy case, hereby files its schedule of unpaid debts incurred after commencement of their bankruptcy case pursuant to Federal Rule of Bankruptcy Procedure 1019(5). The schedule of unpaid debts incurred is attached as ***Exhibit A***.

Dated: February 23, 2024            By: _____
                                         Anthony Mazzarella, CFO of Debtor.

# **EXHIBIT A**

**Mylife.com, Inc.**
**Post petition payables as of Conversion Date (Feb 9, 2024)**

| | Liability/Creditor | Amount | Vendor Address |
|---|---|---|---|
| | Adswerve, Inc. | 25,000 | Adswerve, Inc.PO Box 669258Dallas TX 75266-9258 |
| | ALGOLIA, INC. | 74,603 | ALGOLIA, INC.301 Howard Street, Suite 300San Francisco CA 94105 |
| | AT & T Mobility | 491 | AT & T MobilityP.O. Box 6463Carol Stream IL 60197-6463 |
| | Barracuda Networks, Inc. | 99 | Barracuda Networks, Inc. Dept LA 22762 Pasadena CA 91185-2762 |
| | BPM LLP | 9,082 | BPM LLP1723 Cloverfield Blvd.Santa Monica CA 90404 |
| | COGENT COMMUNICATIONS, INC | 1,250 | COGENT COMMUNICATIONS, INCPO BOX 791087BALTIMORE MD 21279-1087 |
| | Ethoca Limited | 55,825 | Ethoca Limited 100 Sheppard Avenue East, Suite 605 Toronto, ON M2N 6N5 Canada CA |
| | Fast People Search.com, USPhoneBok.com dba Mississippi Tornado Alley LLC | 9,738 | Fast People Search.com, USPhoneBok.com dba Mississippi Tornado Alley LLC1915 21st StreetSacramento CA 95811 |
| | Google Inc. | 21,005 | Google Inc.P.O. Box 883654P.O. Box 39000Los Angeles CA 90088-3654 |
| | iOPEX Technologies, Inc. | 288,959 | iOPEX Technologies, Inc. 1245 S. Winchester Blvd., Ste. 309 San Jose CA 95128 |
| | Neustar Information Services, Inc. | 20,833 | Neustar Information Services, Inc.Bank of AmericaP. O. Box 742000Atlanta GA 30374-2000 |
| | New Tangram LLC dba Tangram | 363 | New Tangram LLC dba Tangram P. O. Box 512206 Los Angeles CA 90051-0206 |
| | Tyler Barnett PR LLC | 4,000 | Tyler Barnett PR LLC23650 CloverCalabasas CA 91302 |
| | Website Movers International, LLC -WSM dba Connectria TopCo, LLC | 720 | Website Movers International, LLC dba Connectria TopCo, LLC18530 Mack Avenue, Box 406Gross Pointe Farms MI 48236 |
| | Windstream - Paetec | 4,898 | WindstreamP. O. Box 9001013Louisville KY 40290-1013 |
| | Access Information Intermediate Holdings I, LLC dba Access / Record Xpress of Ca | 67 | Access Information Intermediate Holdings I, LLC dba Access / Record Xpress of CaP.O. Box 888306Los Angeles CA 90088-8306 |
| | Amazon Capital Services, Inc. | 83 | Amazon Capital Services, Inc. PO Box 035184 Seattle WA 98124-5184 |
| | Amazon Web Services, Inc | 8,898 | Amazon Web Services, Inc |
| | Connectria, LLC | 17,105 | Connectria, LLC10845 Olive Boulevard, Suite 300Creve Coeur MO 63141 |
| | De Lage Landen Financial Services, Inc. | 1,584 | De Lage Landen Financial Services, Inc.P. O. Box 41602Philadelphia PA 19101-1602 |
| | Dell Financial Services LLC | 7,159 | Dell Financial Services LLC Payment Processing Center P.O. Box 5292 Carol Stream IL 60197-5292 |
| | Digital 2260 East El Segundo, LLC dba Digital Realty Trust, LP | 170,164 | Digital 2260 East El Segundo, LLC dba Digital Realty Trust, LPP.O. Box 748056Los Angeles CA 90074-8056 |
| | EdgeCast Inc. | 10,853 | EdgeCast Inc.Dept CH 18120Palatine IL 60055-8120 |
| | Jody Sectzer | 942 | Jody Sectzer P. O. Box 801374 Santa Clarita CA 91380-1374 |
| | NTHPHASE SOFTWARE SOLUTIONS Pvt Ltd | 68,040 | NTHPHASE SOFTWARE SOLUTIONS Pvt LtdPlot 536, 1st Floor, 100 Feet Road Ayyappa Society,Khanamet, MadhapurHyderabad India |
| | One Touch Solutions, Inc. | 875 | One Touch Solutions, Inc.370 Amapola Ave. # 106Torrance CA 90501 |
| | Oracle America Inc. | 21,669 | Oracle America Inc.PO Box 44471San Francisco CA 94144 |
| | Telesign Corporation | 10 | Telesign Corporation13274 Fiji Way #600Marina Del Rey CA 90292 |
| | TransUnion Risk and Alternative Data Solutions, Inc. | 35,000 | TransUnion Risk and Alternative Data Solutions, Inc. P. O. Box 209047 Dallas TX 75320-9047 |
| | TrustedSite LLC | 1,968 | TrustedSite LLC929 Alton Road Suite 500Miami Beach FL 33139 |
| | Unitas Global Inc. | 4,570 | Unitas Global Inc.910 W. Van Buren St., Suite 605Chicago IL 60607 |
| | Vital Records Holding, LLC | 184 | Vital Records Holding, LLC5384 Poplar Ave #500Memphis TN 38119 |
| | Wingify Software Private Limited | 4,000 | Wingify Software Private Limited1104, 11th Floor, KLJ Tower North B-5Netaji Subhash Place, PitampuraNew Delhi - 11034 |
| | State of Delaware | 2,320 | State of DelawareDivision of CorporationsP. O. Box 5509Binghamton NY 13902-5509 |
| | CSC | 449 | CSCP.O. Box 7410023Chicago IL 60674-5023 |
| | FedEx | 148 | FedExP.O. Box 7221Pasadena CA 91109-7321 |
| | Wisconsin Department of Revenue | 20,236 | Wisconsin Department of RevenueBox 930208Milwaukee WI 53293-0208 |
| a) | Lexis Nexis | 1,577,325 | Lexis Nexis Risk Data Management Account # 1417775 28330 Network Place Chicago IL 60673-1283 |
| b) | Accertify, Inc. | 28,333 | Accertify, Inc.25895 Network PlaceChicago IL 60673-1258 |
| b) | Verifi, Inc. | 89,103 | Verifi, Inc.8391 Beverly Blvd. #310Los Angeles CA 90048 |
| | Leslie Cohen Law PC | 141,331 | Leslie Cohen Law PC1615-A Montana AvenueSanta Monica CA 90403 |
| | Larsen LLP | 205,413 | Larson LLP 555 S Flower St Ste 4400, Los Angeles, CA 90071 |
| | | 2,934,695 | |

**UN-Approved Legal Invoices**

| | | | |
|---|---|---|---|
| c) | Burr & Forman LLP | 6,742 | Burr & Forman LLPPO BOX 830719BIRMINGHAM AL 35283-0719 |
| c) | DLA Piper LLP (US) | 6,802 | DLA Piper LLP (US)P.0. Box 75190Baltimore MD 21275 |
| c) | Doll Amir & Eley LLP | 55 | Doll Amir & Eley LLP725 South Figueroa Street, Suite 3275Los Angeles CA 90017 |
| c) | Kilpatrick Townsend & Stockton, LLP | 6,690 | Kilpatrick Townsend & Stockton, LLPDEPT # 34542P. O. Box 39000San Francisco CA 94139 |
| c) | Mayer Brown LLP | 10,576 | Mayer Brown LLP2027 Collection Center Dr.Chicago IL 60693-0020 |
| c) | McGuire Law, P.C. | 43,333 | McGuire Law, P.C.55 West Wacker Drive, 9th FloorChicago IL 60601 |
| c) | Morrison & Foerster LLP | 350 | Morrison & Foerster LLPP. O. Box 742335Los Angeles CA 90074-2335 |
| c) | Nixon Peabody LLP | 10,000 | Nixon Peabody LLP1300 Clinton SquareRochester NY 14604 |
| c) | W. Beaumont LLC | 21,666 | W. Beaumont LLC3801 Canal Street, Suite 207New Orleans LA 70119 |
| c) | Wilson Elser-Art Shapiro Case | 11,742 | Wilson Elser-Art Shapiro Case |
| | | 117,955 | |

a) *Disputed. Additionally, their claim is also larger amount than Debtor's records show; to be resolved*
b) *Disputed*
c) *These firms continued working post-petition, without debtor's knowledge and never sought court approval.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF CHAPTER 11 CASE AS REQUIRED BY FED. R. BANKR. P. 1019(5)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/23/2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
Paul A Beck    pab@pablaw.org, raychael@pablaw.org
Shraddha Bharatia    notices@becket-lee.com
Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
Arthur A Greenberg    agreenberg@gblawllp.com, mkerpik@gblawllp.com
Dare Law    dare.law@usdoj.gov
Leah Victoria Lerman    leah.v.lerman@usdoj.gov
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Jeremy H Rothstein    jrothstein@gblawllp.com, msingleman@gblawllp.com
David Samuel Shevitz    David.S.Shevitz@usdoj.gov
Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Christopher VanDeusen    christopher.k.vandeusen@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov    ☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 2/23/24 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon. Vincent Zurzolo**
**United States Bankruptcy Court**
**255 E. Temple Street, Suite 1360**
**Los Angeles, CA, 90012**

**Carolyn A Dye**
**Law Office of Carolyn A Dye**
**15030 Ventura Blvd.**
**Suite 527**
**Sherman Oaks, CA 91403**

☐ Service information continued on attached pages

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/23/2024 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/23/24 | Clare Hendricks | /s/ Clare Hendricks |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.