| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James A. Dumas (SBN 76284)<br>Christian T. Kim (SBN 231017)<br>DUMAS & KIM, APC<br>915 Wilshire Boulevard, Suite 1775<br>Los Angeles, California 90017<br>Phone: (213) 368-5000<br>Fax: (213) 368-5009<br>jdumas@dumas-law.com<br>ckim@dumas-law.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Carolyn A. Dye, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>MYLIFE.COM, INC.,<br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-14858-VZ<br><br>CHAPTER: 7<br><br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 04/16/2024 | **Time:** 10:30 am |
|---|---|
| **Location:** 255 E. Temple Street, Courtroom 1368, Los Angeles, CA 90012 | |

**Type of Sale**: ☒ Public  ☐ Private    **Last date to file objections**: 04/02/2024

**Description of property to be sold**:
all of the estate's rights, title and interest in personal property of the Debtor as described in the Asset Purchase Agreement attached to the Motion for Order Authorizing Sale, Declaration of Carolyn A. Dye as Exhibit "A," ("APA"), and consisting of substantially all of the non-cash assets of the Debtor, for the sum of One Million Three Hundred Thousand Dollars ($1,300,000) ("Purchase Price")

**Terms and conditions of sale**:
The terms and conditions of the sale are set forth in the motion attached hereto as Exhibit "A"

**Proposed sale price**: $ 1,300,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):**

The overbid procedure is described in the motion attached hereto as Exhibit "A"

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

April 16, 2024
10:30 a.m.
Via Zoom
255 E. Temple Street, Courtroom 1368, Los Angeles, CA 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

James A. Dumas (SBN 76284)
DUMAS & KIM, APC
915 Wilshire Boulevard, Suite 1775
Los Angeles, California 90017
Phone: (213) 368-5000
Fax: (213) 368-5009
jdumas@dumas-law.com

Date: ___03/26/2024___

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# Exhibit "A"

# Exhibit "A"

1  James A. Dumas (SBN 76284)
   Christian T. Kim (SBN 231017)
2  DUMAS & KIM, APC
   915 Wilshire Boulevard, Suite 1775
3  Los Angeles, California 90017
   Phone:   213-368-5000
4  Fax:       213-368-5009

5  Attorneys for Chapter 7 Trustee,
   Carolyn A. Dye

6

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                  **LOS ANGELES DIVISION**

10 In re:                                    Case No.: 2:22-bk-14858-VZ

11 MY LIFE.COM, INC.,                        Chapter 7

12         Debtor.

13                                           [Honorable Vincent P. Zurzolo]

14                                           **TRUSTEE'S MOTION AND NOTICE OF
                                             HEARING FOR ORDER AUTHORIZING
15                                           SALE OF THE PERSONAL PROPERTY
                                             OF THE ESTATE, CONSISTING OF
16                                           SUBSTANTIALLY ALL OF THE
                                             DEBTOR'S ASSETS, FREE AND CLEAR
17                                           OF INTERESTS, SUBJECT TO HIGHER
                                             AND BETTER OFFERS, AND
18                                           APPROVING OVERBIDDING
                                             PROCEDURES**
19

20

21                                           **Date:   April 16, 2024
                                             Time:   10:30 a.m.**
22                                           **Place:   255 E. Temple Street
                                                       Courtroom 1368
23                                                     Los Angeles, CA 90012**

24

25 **TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY**

26 **JUDGE, THE DEBTOR, AND OTHER INTERESTED PARTIES:**

27        **PLEASE TAKE NOTICE** that on <u>April 16, 2024, at 10:30 a.m.</u>, a hearing will be held in

28 Courtroom 1368 before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, in the

United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California to consider the motion of the Chapter 7 Trustee herein, Carolyn A. Dye ("Trustee"), for an order authorizing the sale of the estate's rights, title and interest in the personal property of the debtor, MyLife.com, ("Debtor") as described in the Asset Purchase Agreement attached to the concurrently filed Motion for Sale.

Carolyn A. Dye, ("Trustee") the duly appointed, qualified and acting Chapter 7 Trustee of the estate of MY LIFE.COM (the "Debtor"), hereby moves this Court for authority pursuant to 11 U.S.C. Section 363(b)(1) to sell all of the estate's rights, title and interest in personal property of the Debtor as described in the Asset Purchase Agreement attached to the Declaration of Carolyn A. Dye as Exhibit "A," ("APA"), and consisting of substantially all of the non-cash assets of the Debtor, for the sum of One Million Three Hundred Thousand Dollars ($1,300,000) ("Purchase Price"). The Purchase Price shall have been paid by the proposed purchaser, Shilton Investments, Inc., or its nominee, in full to the Trustee and deposited in the estate's account. In connection therewith, the Trustee asks that the Court find that the sale is free and clear of any interest in the subject assets in favor of a non-debtor entity pursuant to 11 U.S.C. §363(f) and to find that the proposed Buyer is a good faith purchaser for purposes of 11 U.S.C. §363(m).

This Motion is made on the grounds that the sale is in the best interest of the estate, that it is an exercise of Trustee's reasonable business judgment, and that the sales price for the property is fair and reasonable. The Motion is based upon 11 U.S.C. Section 363 and Rules 2002, 6004, and 6006 of the Federal Rules of Bankruptcy Procedure, the Notice of Motion which is being served upon all interested parties, the Memorandum of Points and Authorities and Declarations of Carolyn A. Dye, Albert Shilton, Geoffrey Barker, and Anthony Mazzarella attached hereto, the records and files in this case, and such oral and documentary evidence as may be presented at or prior to the hearing on the Motion. The Trustee has accepted this offer subject to overbid and bankruptcy court approval.

Trustee proposes to sell the Property to Shilton Investments, Inc., and/or assignee (collectively the "Buyer") for a total consideration of One Million Hundred Thousand Dollars ($1,300,000). The buyer shall pay the entire Purchase Price and the sale is to close between fifteen (15) and twenty-one (21) days after the entry of a sale order approving the sale. The sale is on an "as

is - where is" basis.  The sale is subject to Bankruptcy Court approval which shall necessarily include an overbid process.  There are no broker commissions that need to be paid in connection with the sale.  The overbid procedures are as follows:

a.    <u>Minimum Overbids</u>.  The minimum overbid for the assets shall be $50,000 above the present offer and any subsequent overbids shall be at least $25,000 over the preceding offer.

b.    <u>Overbid Deposit.</u>  An overbid deposit of $100,000 shall be paid two (2) business days before the first scheduled hearing on this motion. The overbid payment shall be by cashier's check payable to "Carolyn A. Dye ATF MyLife.com, Inc." **The deposit will be non-refundable if the overbid is accepted, and the sale does not close within fifteen (15) days of the date on which the Order approving the sale of the Property is entered by the Court.**

c.    **Overbidders are requested to submit to the Trustee, not later than two (2) business days before the hearing on the within motion, not only the cashier's check for the required deposit, but evidence of the ability to timely pay the balance of the purchase price and a declaration as to whether overbidders propose involvement by the Debtor's CEO, Mr. Jeffrey Tinsley, in the post-sale company's operations and whether the overbidders have any prior connection to the Debtor or Mr Tinsley.**  The Trustee will promptly advise any proposed overbidder of disapproval of qualifications, giving the overbidder an opportunity to correct the deficiency.  Included among the grounds for disqualification could be a determination by the Trustee that the Buyer would not be entitled to receive the assets free and clear of the Stipulated Order or that the Buyer would be unlikely to be determined to be a good faith purchaser within the meaning of 11 U.S.C. §363(m). At the time of the submission of this motion, the Trustee does not believe that the mere involvement of Mr. Tinsley in some capacity would be grounds for disqualification per se but information could come to her attention between now and the hearing date which could change her mind. The Trustee will exercise her discretion in deciding whether a party is a qualified overbidder but a party who the Trustee deems to be unqualified can seek to persuade the Court to the contrary through the submission of argument and evidence in pleadings and/or at the sale hearing. At the same time, even if the Trustee herself deems a party to be a qualified bidder, any party in interest can seek to persuade the Court to the contrary. If an overbidder is not the successful bidder at the hearing on

1  the within motion, the overbid deposit shall be refunded by the trustee within twenty-four hours of

2  the conclusion of the hearing.

3       d.    Any overbid shall be an offer to purchase the assets on a "as-is - where is" basis and

4  shall contain no conditions, contingencies or addendum in addition to those contained in the terms

5  agreed to between Trustee and Buyer and presented to this Court.

6       e.    All due diligence investigations shall be conducted prior to the sale hearing.

7       f.    At the conclusion of the hearing on the Motion, the Court shall determine the highest

8  and best offer for the assets, and the Trustee shall proceed to consummate the sale of the assets in

9  accordance with such offer to the highest bidder without further notice to creditors or hearing before

10  this Court.

11       g.    The overbidder's deposit is non-refundable in the event that Court confirms the sale

12  and, for any reason whatsoever, the overbidder fails to close the sale timely.  The overbidding party

13  will be bound by all of the terms of sale proposed in this Motion (as incorporated by reference in the

14  sales contract) except as to price, without contingencies of any kind, including financing

15  contingencies, and shall close the escrow no more than fifteen (15) business days after the entry of

16  the order approving the Motion.

17       h.    The Trustee also proposes that the Court confirm a backup buyer so that, in the event

18  that the successful bidder does not close within fifteen (15) days after the entry of the order approving

19  the Motion, the Trustee may retain the deposit of the original successful buyer as liquidated damages

20  and sell the Property to the back-up buyer for the amount of the backup bid.

21       i.    The Trustee also seeks a ruling that the party to whom the Court confirms the sale and

22  any backup buyers are good faith purchasers for purposes of 11 U.S.C. §363(m).

23      You may request a complete copy of this Motion and Memorandum of Points & Authorities
    filed concurrently from

24            James A. Dumas

25            DUMAS & KIM, APC
          915 Wilshire Blvd., Ste. 1775

26            Los Angeles, CA 90017
          (213) 368-5000

27            jdumas@dumas-law.com

28      A complete copy of the Motion and Memorandum of Points & Authorities is also on file with
    the Clerk of the Court and may be viewed

1    at the United States Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.

2        **PLEASE TAKE FURTHER NOTICE** that any objection to the Motion or the proposed sale

3    must be made in writing and filed with the Court no later than fourteen (14) days prior to the hearing

4    in conformity with Local Bankruptcy Rule 9013-1(f), and consist of a written statement of all reasons

5    in opposition, an answering Memorandum of Points and Authorities, declarations, and documentary

6    evidence on which the responding party intends to rely.

7        **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013(h), any

8    objection not timely filed and served may be deemed by the Court to be consent to the relief

9    requested and may result in the Court's issuance of an order without further notice or hearing.

10

11

12    Dated: March 26, 2024                    DUMAS & KIM, APC

13

14                                    By: /s/ James A. Dumas
                                            James A. Dumas, Attorneys for Chapter 7
15                                          Trustee, Carolyn A. Dye

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: MYLIFE.COM | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:22-bk-14858-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): ***Trustee's Motion and Notice of Hearing for Order authorizing Sale of personal property of the Estate, Consisting of Substantially all of the Debtor's Assets Free and Clear of Liens and Interests, Subject to Higher and Better Offers, and Approving Overbidding Procedures;*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***March 26, 2024***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Julian K Bach     Julian@Jbachlaw.com, julianbach@sbcglobal.net
Paul A Beck     pab@pablaw.org, raychael@pablaw.org
Shraddha Bharatia     notices@becket-lee.com
Bradley E Brook     bbrook@bbrooklaw.com, paulo@bbrooklaw.com; brookecfmail@gmail.com
Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
Jamie P Dreher     jdreher@downeybrand.com, mfrazier@downeybrand.com; courtfilings@downeybrand.com
James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Arthur A Greenberg     agreenberg@gblawllp.com, mkerpik@gblawllp.com
Christian T Kim     ckim@dumas-law.com, ckim@ecf.inforuptcy.com
Dare Law     dare.law@usdoj.gov, ron.maroko@usdoj.gov
Leah Victoria Lerman     leah.v.lerman@usdoj.gov
Kelly L Morrison     kelly.l.morrison@usdoj.gov
Jeremy H Rothstein     jrothstein@gblawllp.com, msingleman@gblawllp.com
David Samuel Shevitz     David.S.Shevitz@usdoj.gov
Jolene Tanner     jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Christopher VanDeusen     christopher.k.vandeusen@usdoj.gov
Hatty K Yip     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ***March 26, 2024***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***March 26, 2024***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Howard M Ehrenberg  ehrenbergtrustee@sulmeyerlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| ***March 26, 2024*** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-2
Case 2:22-bk-14858-VZ
Central District of California
Los Angeles
Tue Mar 26 14:31:34 PDT 2024

Employment Development Department
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 94280-0001

Larson LLP
555 South Flower Street Ste 4400
Los Angeles, CA 90071-2416

Leslie Cohen Law PC
1615-A Montana Avenue
Suite 700
Santa Monica, CA 90403-1807

Mylife.com Inc.
5161 Lankershim Blvd
Ste 250
North Hollywood, CA 91601-4963

UNITED STATES OF AMERICA on behalf of the IN
U.S. Attorney's Office - Tax Divisi
300 N. Los Angeles St., Room 7211
Attn: Jolene Tanner
Los Angeles, CA 90012-3342

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

1437110 Ont. Inc
CP 2666 succ B
Mont-Tremblant, QC, Canada J8E 1B1

6368948 Canada Inc.
2720 Iris St.
Ottawa, ON, Canada, K2C 1E6

7984391 Canada Inc. From FlexPay
297 rue Saint Paul West, Suite 007
Montreal, QC Canada
H2Y 2A5,

ANTHONY MAZZARELLA
282 Davison Head Drive
Friday Harbor, WA 98250-9161

ARDAVAN MOFIDISHIRAZI
11912 Gorham Ave, Apt 3
Los Angeles, CA 90049-5358

ART SHAPIRO
8787 Shoreham Drive
West Hollywood, CA 90069-2231

AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Accertify, Inc
c/o Becket and Lee LLP
PO Box 3002
Malvern  PA 19355-0702

Accertify, Inc.
25895 Network Place
Chicago, IL 60673-1258

Adswerve, Inc.
PO Box 669258
Dallas, TX 75266-9258

Alex Mashinsky
210 E 68 St. #13C
New York, NY 10065-6028

Alison Bockius
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

Alison Bockius c/o Raina C. Borrelli
Turke & Srauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124-5184

Andrew Magpantay
1644 Colby Ave. # 1
Los Angeles, CA 90025-3051

Angela Faunce
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

Angela Faunce c/o Raina C. Borrelli
Turke & Srauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

Annette Howard
1275 Meadowbrook Ave
Los Angeles, CA 90019-2816

Anthony Mazzarella
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

Anthony Parsons
63 Harry Douglas Dr.
Stittsville, ON, Canada, K2S 1Z4

Art Shapiro
Elliott & Associates
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025-1166

Aviva Kellman
c/o Michael F. Ram
MORGAN & MORGAN
711 Van Ness Ave. Ste 5
San Francisco, CA 94102-3244

Aviva Kellman c/o Raina C. Borrelli
Turke & Srauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

BANK OF THE WEST
475 SANSOME ST FL 19
San Francisco, CA 94111-3172

Barracuda Networks Inc.
Dept LA 22762
Pasadena, CA 91185-2762

Betsy Superfon
10351 Wilshire Blvd. Suite 404
Los Angeles, CA 90024-4736


Boyd Charles Smith and Jill Johnson Trust U/
682 Villa St. Suite G
Mountain View, CA 94041-1375

Brett Bullington
470 Tennyson Ave.
Palo Alto, CA 94301-3837

Brian O'Higgins
27 Palisade St.
Nepean, Canada, ON, K2G 5M6


Brian Ross
1421 Bienvenida Ave.
Pacific Palisades , CA 90272-2347

Brion Finlay
c/o David J.S. Madgett
Madgett & Klein PLLC
1161 East Wayzata B
Wayzata, MN 55391-1935

Brion Finlay
c/o Robert P Hopper & Assoc.
333 S. 7th Street, Suite 2450
Minneapolis, MN 55402-2429


Burr & Forman LLP
PO BOX 830719
Birmingham, AL 35283-0719

CDW
PO Box 75723
Chicago, IL 60675-5723

CHRISTIAN SANTOS
6001 Annan Way
Los Angeles, CA 90042-1223


COGENT COMMUNICATIONS, INC
PO BOX 791087
Baltimore, MD 21279-1087

Cambrian LLC
1686 Second St. Suite 217
Livermore, CA 94550-4328

Capital Z Corporation
Capital Z Corp. 67 Rebecca Court
Maple, ON, Canada, L6A 1G2


Caroline Somers
51 Frank St.
Ottawa, ON, Canada, K2P 0X1

Catchpoint Systems, Inc.
150 W. 30th Street, 3rd FL
New York, NY 10001-4148

Chris Albinson
21 Niven way
Larkspur, CA 94939-1525


Cloudflare, Inc
Mail Code 5267 PO Box 660367
Dallas, TX 75266-0367

Crawford Revocable Family Trust
4555 E. Mayo Blvd, Unit 29101
Phoenix, AZ 85050-6994

DAVID WOLFE
515 S Aberdeen Street
Anaheim, CA 92807-4656


DE Park Avenue 1100, LLC
10866 Wilshire Blvd. Suite 270
Los Angeles, CA 90024-4338

DESIREE KINSLEY
9610 S Greenleaf Ave
Whittier, CA 90605-2723

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275-0001


Dara Ohuiginn
18 Byron Ave.
Ottawa, ON, Canada, K1Y 3H9

Dave Caughey
10 Plaza Court
Nepean, ON, Canada, K2H 7W

David A. Rancourt
c/o Ryan J. Andrews and David A. Weisz
Andrews Law Firm
822 North Monroe St
Tallahassee, FL 32303-6141


David Helfrich
3000 Sand Hill Road, Suite I-170
Menlo Park, CA 94025-7113

David Koblas
3275 Dalbe Viau
Montral Quebec, Canada, H8T 3N4

David Madgett
333 South Seventh St. Suite 2450
Minneapolis, MN 55402-2429

David Madgett
Hutton Madgett, PLLC
1161 East Wayzata Blvd. #314
Wayzata, MN 55391-1935

David S. Raab
14 Grace Church Street
Rye, NY 10580-3950

De Lage Landen Financial Serv Inc
1111 Old Eagle School Rd
Wayne PA 19087-1453

(p)DE LAGEN LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Deidre Dennis and William Bonvie
c/o Ari Marcus, Marcus Zellman LLC
701 Cookman Ave, Ste 3
Asbury Park, NJ 07712-7048

Deidre Dennis and William Bonvie
c/o Francis Mailman Soumilas, P.C.
1600 Market Street
Ste 2510
Philadelphia, PA 19103-7208

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Digital 2260 East El Segundo, LLC
dba Digital Realty Trust, LP
P.O. Box 748056
Los Angeles, CA 90074-8056

Doll Amir & Eley LLP
725 South Figueroa Street, Suite 3275
Los Angeles, CA 90017-5454

EMC CORPORATION
176 SOUTH ST
Hopkinton, MA 01748-2230

Echo Capital Growth Corporation
2000  1874 Scarth Street
Regina, Saskatchewan, Canada, S4P 4B3

Edgewater Ventures, LLC
PO 4303
Roche Harbor, WA 98250-4303

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Endeavor Group LLC
5150 El Camino Real, Suite C20
Los Altos, CA 94022-1542

Endeavor Partners LP
5150 El Camino Real, Suite C20
Los Altos, CA 94022-1542

Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022-6225

Erika A. Heath
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Erlauf Holdings Limited
500 Fordell Ave.
Kanata, ON, Canada, K2W 0B3

Ethoca Limited
100 Sheppard Avenue East, Suite 605
Toronto, Canada
ON M2N 6N5,

Fast People Search.com, USPhoneBok.com
dba Mississippi Tornado Alley LLC
1915 21st Street
Sacramento, CA 95811-6813

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Freedman & Associates
117 Centerpointe Dr., Suite 350
Ottawa, ON, Canada, K2G 5X3

Gary Hall
8491 Sunset Blvd. # 227
Los Angeles, CA 90069-1911

Gil Penchina
500 Third St., Suite 405
San Francisco, CA 94107-1889

Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Google Inc.
P.O. Box 39000
90088-3654

Google Inc.
P.O. Box 883654
Los Angeles, CA 90088-3654

Google LLC
c/o White and Williams LLP
Attn: James C. Vandermark
1650 Market Street, Suite 1800, PA 19103

Highmark Companies, LLC
PO Box 5459
Cary, NC 27512-5459

Highview Ventures, LLC
15957 Asilomar Boulevard
Pacific Palisades, CA 90272-4270

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Max Larson, Inc. (Growth Rocket)
13600 Marina Pointe Dr., Suite 906
Marina Del Rey, CA 90292-9251

InboxAlly Inc.
1178 Broadway, 3rd floor #1166
New York, NY 10001

Industrious National Management Company
dba Industrious LA 1100 Glendon Avenue L
215 Park Avenue South, Suite 1200
New York, NY 10003-1603

Integrated Media Technologies, Inc
5200 Lankershim Blvd. STE. 700
North Hollywood, CA 91601-3160

Internap Network Services
Dept 0526 P. O. Box 120526
Dallas, TX 75312-0526

J. Robert Wheatley
3225 Ash Street
Palo Alto, CA 94306-2240

JOSEPH COHEN
Schonbrun Seplow Harris Hoffman & Zeldes
501 W Broadway Ste 800
San Diego, CA 92101-3546

James Hayko
21 Hyannis Avenue
Nepean, ON, Canada, K2J 2X1

James Uharriet
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

James Uharriet c/o Raina C. Borrelli
Turke & Strauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

Janet Leonard
2905 Champs Elysees Blvd.
Half Moon Bay, CA 94019-1371

Jefferson Partners Management Corp.
17 Bessborough Dr.
East York, ON, Canada, M4G 3H6

Jeffrey Tinsley
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

Jeffrey Tinsley
85 Crestview Avenue
Camarillo, CA 93010-1701

Jeremy Payne
95 Britannia Rd.
Ottawa, ON, Canada, K2B 5W4

Jody Sectzer
P. O. Box 801374
Santa Clarita, CA 91380-1374

John Bonell
1107 W. Pendleton Place
Mt. Prospect, IL 60056-2952

John Bonell c/o Eugene Turin
McGuire Law P.C.
55 W. Wacker Drive
Chicago, IL 60601-1609

John Coanda
12100 Herbert St.
Los Angeles, CA 90066-5204

John Eisenman
1800 10th Ave. #2
San Francisco, CA 94122-4644

Joseph Cohen c/o Helen I. Zeldes
Schonbrun Seplow Harris Hoffman & Zeldes
715 Fremont Ave., Ste A
South Pasadena, CA 91030-6036

Joseph Cohen c/o Michael Flannery
Cuneo Gilbert & LaDuca LLP
7733 Forsyth Boulevard, Suite 1675
Saint Louis, MO 63105-1822

Joseph Cohen c/o Tammy Gruder Hussin
Hussin Law
1596 N. Coast Highway
Encinitas, CA 92024-1446

Kamran Pourzanjani, Trustee
Pourzanjani Family Trust II dated May 15
2192 Stradella Rd.
Los Angeles, CA 90077-2325

Karen Evans
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

Karen Evans c/o Raina C. Borrelli
Turke & Strauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

Ken Campbell
851 Cummings Ave.
Ottawa, ON, Canada, K1K 2L3

Ken Davison
30 Roycott Way
Ottawa, ON, Canada, K2W 1C7

Kristen Schwarze
c/o David Madgett, Madgett & Klein
1161 East Wayzata Blvd. #314
Wayzata, MN 55391-1935

Kristin Schwarze
333 South Seventh St. Suite 2450
Minneapolis, MN 55402-2429

Kristina Wuest
c/o Anthony I. Paronich, Paronich Law
350 Lincoln St. Suite 2400
Hingham, MA 02043-1579

Kristina Wuest
c/o Jon B. Fougner, Fougner Law
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Kristina Wuest
c/o William A. Percey. Schlichter & Shon
2381 Rosecrans Ave. Ste 326
El Segundo, CA 90245-4920

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Larry Baird
4181 Elmer Ave.
Studio City, CA 91602-3337

Larry Jacobson
3430 Ardsley Pl.
Encino, CA 91436-4024

Lesley Kaplan
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Leslie Kaplan
c/o James Francis, Francis Mailman Soumi
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Lexis Nexis
28330 Network Place
Chicago, IL 60673-1283

LexisNexis Risk Solutions FL Inc.
Mark Moedritzer
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

LexisNexis Risk Solutions, FL
c/o Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook, APC
10866 Washington Bl. #108
Culver City, CA 90232-3610

MINH TRAN
11176 Madrigal St
San Diego, CA 92129-1233

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO
P.O. BOX 4539
Boston, MA 02212-4539

MX ToolBox, Inc.
P. O. Box 975231
Dallas, TX 75397-5231

Marc L. Andreessen and Laura Arrillaga-Andre
LAMA Community Trust .
c/o JP Morgan Private Bank
Los Angeles, CA, 90067

Margaret Caughey
223 Grandview Rd.
Ottawa, ON, Canada, K2H 8B9

Maribel Deyerler
121 West Hillgrove Avenue, Unit 455
La Grange, IL 60525-1018

Maribel Deyerler c/o Beaumont Costales LLC
3151 W. 26th St.
Second Floor
Chicago, IL 60623-4030

Mariposa Invest Holding AG
8832 Wollerau
Frberstrasse 4, Switzerland

Mark Allison
94 Mercer St.
New York, NY 10012-4425

Mark Holbrow
c/o Andrew D. Cotlar
23 W. Court St.
Doylestown, PA 18901-4241

Mark Moedritzer
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

Mary K. Marsden
2201 Euclid Ave.
Austin, TX 78704-5125

Mayer Brown LLP
2027 Collection Center Dr
Chicago, IL 60693-0020

Mayer Brown LLP
Attn: Nicholas C. Listermann
311 West Monroe Street 7th Floor
Chicago, IL 60606-4618

Mehran Nia
11676 Terry Place
Los Angeles, CA 90049

Michael Tanne
2232 W Middlefield Rd.
Mountain View, CA 94043-2769

Michele Turner
390 Ramona Rd.
Portola Valley, CA 94028-8139

Microsoft Online, Inc.
PO Box 847543
Dallas, TX 75284-7543

Mika Illouz
710 Paul Ave.
Palo Alto, CA 94306-3162

Mississippi Tornado Alley LLC
1915 21st Street
Sacramento, CA 95811-6813

Monika Chichowlas c/o Eugene Turin
McGuire Law P.C.
55 W. Wacker Drive
Chicago, IL 60601-1609


Monika Cichowlas
8545 N Capital of Texas Hwy, Apt 2125
Austin, TX 78759-8078

Morrison & Foerster LLP
P. O. Box 742335
Los Angeles, CA 90074-2335

NakedFront LLC
4424 Campbell Drive, Rear Unit
Los Angeles, CA 90066-6214


Nathan Schrenk
407 E. Argonne Dr.
St Louis, MO 63122-4523

Neustar Information Services, Inc.
Bank of America P. O. Box 742000
Atlanta, GA 30374-2000

Nina D. Burke
20 Quarry Point
Hudson, QC, Canada, J0P 1H0


Nixon Peabody LLP
Attn: Felicia McClendon
One California Plaza
300 South Grand Ave
Los Angeles, CA 90071-3109

NuBreed Digital Media
Attn: Garen Der-Grigourian
2671 Orange Sky Lane
Las Vegas, NV 89138-6122

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560


One Touch Solutions, Inc.
370 Amapola Ave. # 106
Torrance, CA 90501-7241

Oracle America Inc.
PO Box 44471
San Francisco, CA 94144-0001

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491


PONNUSWAMY PADMANABHAN
23011 Edenton Pl
Valencia, CA 91354-2019

PRAVIN GEORGE
791 Covewood St
Oak Park, CA 91377-4759

PROTIVITI INC
12269 Collections Center Drive
Chicago, IL 60693-0001


Paul Wilson
144 Tapadero Ave.
Ottawa, ON, Canada, K2V 0A7

Peter Broadwell
2325 Cornell Street
Palo Alto, CA 94306-1314

Peter Thiel
c/o Clarium Ventures LP - Attn: Nathan L
San Francisco, CA, 94129


Peterson Ventures III, LLC
2825 E. Cottonwood Pkwy # 435
Salt Lake City, UT 84121-7076

Pitney Bowes
Purchase Power P. O. Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484-4301


RAJNISH SINHA
21107 Oakleaf Canyon Dr.
Newhall, CA 91321-4675

RICK BURSKY
5709 Lemp Ave
North Hollywood, CA 91601-1641

RONALD AYSON
7844 Etiwanda Ave
Reseda, CA 91335-2059


Ronald Palmieri
38781 Maracaibo Circle South
Palm Springs, CA 92264-0212

SAM CONDORETTI
5742 Cardale Street
Lakewood, CA 90713-1508

SHARYN ELES
11677 Amigo Ave
Porter Ranch, CA 91326-1849

SHARYN ELES
5161 Lankershim Blvd Ste 250
North Hollywood CA 91601-4963

SAMBOR WACHIRALAPPAITOON
110 N Chapel Ave #11
Alhambra, CA 91801-3526

SRIKANTH CHAKILAM
27403 Whitefield Pl
Valencia, CA 91354-1802


Saints Ventures II, L.P.
1624 Market Street Ste 226 PMB 29471
Dover, CO 80202-1559

Sean Whiteley
16737 Edgar Street
Pacific Palisades, CA 90272-3226

Sean Whiteley
Sharyn E Eles
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963


Seyfarth Shaw LLP
233 S Wacker Drive, Suite 8000
Chicago, IL 60606-6448

Shelbey Davis
1819 23rd Avenue #E204
Seattle, WA 98122-3095

Sommerer Privatstiftung
Privatstiftung Sommerer
Bergstrasse 26 A 3224
Austria


Srikanth Chakilam
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

State of Delaware
Division of Corporations P. O. Box 5509
Binghamton, NY 13902-5509

Steven Kay
9284 Flicker Pl.
Los Angeles, CA 90069-1726


Sujin Gilmore
1708 Harriman Ln. Unit B
Redondo Beach, CA 90278-4129

Superteamz LTD (Mark Brooks)
Times Square, 2201=07 Tower Two
1 Matheson Street Causeway Bay
Hong Kong,

TARUN TYAGI
1810 pandora ave #202
Los Angeles, CA 90025-6782


Telesign Corporation
13274 Fiji Way #600
Marina Del Rey, CA 90292-7293

The Estate of Deidre Dennis
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

The Founders Fund, LP
1 Letterman Drive, Bldg C, Suite 420
San Francisco, CA 94129-2402


The Stryker-Mohrlock Trust
100 Overlook Center, 2nd Floor
Princeton, NJ 08540-7814

Thomas E. Birch
20 Quarry Point
Hudson, QC, Canada, J0P 1H0

Thomas Seel
Pan Dacom Networking AG
Dreieich Plaza 1B
Dreieich, Germany, 63303


Timothy Goettel
24958 Tree Ave.
Mission Viejo, CA 92691-3737

Todd Pines
43 Old Hill Rd.
Westport, CT 06880-2308

Tosetti Family Trust
1011 Oak Grove Avenue
San Marino, CA 91108-1025


TransUnion Risk and Alternative Data Solutio
P. O. Box 209047
Dallas, TX 75320-9047

True People Search.com dba Free Data Service
1915 21st Street
Sacramento, CA 95811-6813

USDOJ Consumer Protection Branch
Attn: Zachary A. Dietert
450 5th Street, N.W. Ste. 6400-South
Washington, DC 20530-0001


United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

United States of America
Leah V. Lerman
1100 L St. NW
Washington, DC 20005-4035

Validity Inc.
DEPT CH 17384
Palatine, IL 60055-7384

Vaughn Rhodes
6 Copious Lane
Ladera Ranch, CA 92694-1316

Vidifi, Inc.
8391 Beverly Blvd. #310
Los Angeles, CA 90048-2633

Verizon Digital Media Services Inc.
PO Box 21412
New York, NY 10087-1412


WF Visa Corp. Card - JT
Payment Remittance Center PO Box 77033
Minneapolis, MN 55480-7733

WSM International
18530 Mack Avenue
Suite 406
Grosse Pointe, MI 48236-3254

WageWorks, Inc
P.O. Box 224547
Dallas, TX 75222-4547


Website Movers International, LLC -WSM dba
Connectria TopCo, LLC
18530 Mack Avenue, Box 406
Gross Pointe Farms, MI 48236-3254

Website Movers International, LLC -WSM dba C
18530 Mack Avenue, Box 406
Gross Pointe Farms, MI 48236-3254

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482


Wells Fargo V Purchasing Card - Diana
Payment Remittance Center PO Box 77033
Minneapolis, MN 55480-7733

William Alex Voxman
355 South Grand Ave. Suite 100
Los Angeles, CA 90071-3104

William Bonvie
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310


Wilson Elser Moskowitz Edelman & Dicker LLP
ATTN: Juan M. Cruz, Program Administrato
555 S. Flower Street
Suite 2900
Los Angeles, CA 90071-2407

Windstream - Paetec
P. O. Box 9001013
Louisville, KY 40290-1013

Zaius, Inc.
205 Portland Street 6th Floor
Boston, MA 02114-1735


Carolyn A Dye
Law Office of Carolyn A Dye
15030 Ventura Blvd.
Suite 527
Sherman Oaks, CA 91403-5470

Leslie A Cohen
Leslie Cohen Law PC
1615-A Montana Ave
Santa Monica, CA 90403-1807


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


De Lage Landen Financial Services, Inc.
P. O. Box 41602
Philadelphia, PA 19101-1602

Dell Financial Services LLC
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
ATTN: BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110


(d)Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA, 90054-0110


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BPM LLP                              (u)Courtesy NEF                  (u)Hahn & Hahn LLP

(u)LexisNexis                           (u)Mississippi Tornado Alley LLC (u)Shilton Investments, Inc.

(u)United States Of America             (u)Alfredo Perez de Mendoza      (d)Annette Howard
                                        Address Unknown                  1275 Meadowbrook Avenue
                                                                         Los Angeles, CA 90019-2816

(u)Anthony Farrow                       (u)Armen Avedissian              (u)BMS Fiduciary Services LTD (Fast EU Corps)
Address Unknown                         Address Unknown                  16 Nascot Place The Barn
                                                                         Watford, Herts  WD17 4QT

(u)Donald McLeod                        (u)Estate of Robert Broomfield   (u)Joseph Anstey
Address Unknown                         Address Unknown                  Address Unknown

(u)Ken Wigglesworth                     (u)Kent & Catherine Elliott      (u)Klaus Busch
Address Unknown                         Address Unknown                  Pan Dacom Networking AG
                                                                         Dreieich Plaza 1B
                                                                         63303 Dreieich

(u)Lynda Farrow                         (d)Wells Fargo V Purchasing Card - Diana   (u)Wendy Higgins
Address Unknown                         Payment Remittance Center PO Box 77033     Address Unknown
                                        Minneapolis, MN, 55480-7733

(u)Wisteria Limited                     (u)Wisteria Limited              (u)Jeffrey Tinsley
Office 3 Unit R Penfold Works Trading Es Office 3 Unit R Penfold Works Trading Es
Imperial Way                            Watford, Hertfordshire  WD24 4YY
Watford, Hertfordshire WD24 4YY

End of Label Matrix
Mailable recipients   226
Bypassed recipients    24
Total                 250

| | |
|---|---|
| In re: MYLIFE.COM | CHAPTER: 7 |
| | CASE NUMBER: 2:22-bk-14858-VZ |
| Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **_Notice of Sale of Estate Property_**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_March 26, 2024_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Julian K Bach     Julian@Jbachlaw.com, julianbach@sbcglobal.net
Paul A Beck     pab@pablaw.org, raychael@pablaw.org
Shraddha Bharatia     notices@becket-lee.com
Bradley E Brook     bbrook@bbrooklaw.com, paulo@bbrooklaw.com; brookecfmail@gmail.com
Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
Jamie P Dreher     jdreher@downeybrand.com, mfrazier@downeybrand.com; courtfilings@downeybrand.com
James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Arthur A Greenberg     agreenberg@gblawllp.com, mkerpik@gblawllp.com
Christian T Kim     ckim@dumas-law.com, ckim@ecf.inforuptcy.com
Dare Law     dare.law@usdoj.gov, ron.maroko@usdoj.gov
Leah Victoria Lerman     leah.v.lerman@usdoj.gov
Kelly L Morrison     kelly.l.morrison@usdoj.gov
Jeremy H Rothstein     jrothstein@gblawllp.com, msingleman@gblawllp.com
David Samuel Shevitz     David.S.Shevitz@usdoj.gov
Jolene Tanner     jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Christopher VanDeusen     christopher.k.vandeusen@usdoj.gov
Hatty K Yip     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **_March 26, 2024_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_March 26, 2024_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Howard M Ehrenberg  ehrenbergtrustee@sulmeyerlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **_March 26, 2024_** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:22-bk-14858-VZ
Central District of California
Los Angeles
Tue Mar 26 14:31:34 PDT 2024

Employment Development Department
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 94280-0001

Larson LLP
555 South Flower Street Ste 4400
Los Angeles, CA 90071-2416

Leslie Cohen Law PC
1615-A Montana Avenue
Suite 700
Santa Monica, CA 90403-1807

Mylife.com Inc.
5161 Lankershim Blvd
Ste 250
North Hollywood, CA 91601-4963

UNITED STATES OF AMERICA on behalf of the IN
U.S. Attorney's Office - Tax Divisi
300 N. Los Angeles St., Room 7211
Attn: Jolene Tanner
Los Angeles, CA 90012-3342

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

1437110 Ont. Inc
CP 2666 succ B
Mont-Tremblant, QC, Canada J8E 1B1

6368948 Canada Inc.
2720 Iris St.
Ottawa, ON, Canada, K2C 1E6

7984391 Canada Inc. From FlexPay
297 rue Saint Paul West, Suite 007
Montreal, QC Canada
H2Y 2A5,

ANTHONY MAZZARELLA
282 Davison Head Drive
Friday Harbor, WA 98250-9161

ARDAVAN MOFIDISHIRAZI
11912 Gorham Ave, Apt 3
Los Angeles, CA 90049-5358

ART SHAPIRO
8787 Shoreham Drive
West Hollywood, CA 90069-2231

AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Accertify, Inc
c/o Becket and Lee LLP
PO Box 3002
Malvern  PA 19355-0702

Accertify, Inc.
25895 Network Place
Chicago, IL 60673-1258

Adswerve, Inc.
PO Box 669258
Dallas, TX 75266-9258

Alex Mashinsky
210 E 68 St. #13C
New York, NY 10065-6028

Alison Bockius
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

Alison Bockius c/o Raina C. Borrelli
Turke & Srauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124-5184

Andrew Magpantay
1644 Colby Ave. # 1
Los Angeles, CA 90025-3051

Angela Faunce
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

Angela Faunce c/o Raina C. Borrelli
Turke & Srauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

Annette Howard
1275 Meadowbrook Ave
Los Angeles, CA 90019-2816

Anthony Mazzarella
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

Anthony Parsons
63 Harry Douglas Dr.
Stittsville, ON, Canada, K2S 1Z4

Art Shapiro
Elliott & Associates
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025-1166

Aviva Kellman
c/o Michael F. Ram
MORGAN & MORGAN
711 Van Ness Ave. Ste 5
San Francisco, CA 94102-3244

Aviva Kellman c/o Raina C. Borrelli
Turke & Srauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

BANK OF THE WEST
475 SANSOME ST FL 19
San Francisco, CA 94111-3172

Barracuda Networks, Inc.
Dept LA 22762
Pasadena, CA 91185-2762

Betsy Superfon
10351 Wilshire Blvd. Suite 404
Los Angeles, CA 90024-4736


Boyd Charles Smith and Jill Johnson Trust U/
682 Villa St. Suite G
Mountain View, CA 94041-1375

Brett Bullington
470 Tennyson Ave.
Palo Alto, CA 94301-3837

Brian O'Higgins
27 Palisade St.
Nepean, Canada, ON, K2G 5M6


Brian Ross
1421 Bienvenida Ave.
Pacific Palisades , CA 90272-2347

Brion Finlay
c/o David J.S. Madgett
Madgett & Klein PLLC
1161 East Wayzata B
Wayzata, MN 55391-1935

Brion Finlay
c/o Robert P Hopper & Assoc.
333 S. 7th Street, Suite 2450
Minneapolis, MN 55402-2429


Burr & Forman LLP
PO BOX 830719
Birmingham, AL 35283-0719

CDW
PO Box 75723
Chicago, IL 60675-5723

CHRISTIAN SANTOS
6001 Annan Way
Los Angeles, CA 90042-1223


COGENT COMMUNICATIONS, INC
PO BOX 791087
Baltimore, MD 21279-1087

Cambrian LLC
1686 Second St. Suite 217
Livermore, CA 94550-4328

Capital Z Corporation
Capital Z Corp. 67 Rebecca Court
Maple, ON, Canada, L6A 1G2


Caroline Somers
51 Frank St.
Ottawa, ON, Canada, K2P 0X1

Catchpoint Systems, Inc.
150 W. 30th Street, 3rd FL
New York, NY 10001-4148

Chris Albinson
21 Niven way
Larkspur, CA 94939-1525


Cloudflare, Inc
Mail Code 5267 PO Box 660367
Dallas, TX 75266-0367

Crawford Revocable Family Trust
4555 E. Mayo Blvd, Unit 29101
Phoenix, AZ 85050-6994

DAVID WOLFE
515 S Aberdeen Street
Anaheim, CA 92807-4656


DE Park Avenue 1100, LLC
10866 Wilshire Blvd. Suite 270
Los Angeles, CA 90024-4338

DESIREE KINSLEY
9610 S Greenleaf Ave
Whittier, CA 90605-2723

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275-0001


Dara Ohuiginn
18 Byron Ave.
Ottawa, ON, Canada, K1Y 3H9

Dave Caughey
10 Plaza Court
Nepean, ON, Canada, K2H 7W

David A. Rancourt
c/o Ryan J. Andrews and David A. Weisz
Andrews Law Firm
822 North Monroe St
Tallahassee, FL 32303-6141


David Helfrich
3000 Sand Hill Road, Suite I-170
Menlo Park, CA 94025-7113

David Koblas
3275 Dalbe Viau
Montral Quebec, Canada, H8T 3N4

David Madgett
333 South Seventh St. Suite 2450
Minneapolis, MN 55402-2429

David Madgett
Hutton Madgett, PLLC
1161 East Wayzata Blvd. #314
Wayzata, MN 55391-1935

David S Raab
14 Grace Church Street
Rye, NY 10580-3950

De Lage Landen Financial Serv Inc
1111 Old Eagle School Rd
Wayne PA 19087-1453

(p)DE LAGEN LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Deidre Dennis and William Bonvie
c/o Ari Marcus, Marcus Zellman LLC
701 Cookman Ave, Ste 3
Asbury Park, NJ 07712-7048

Deidre Dennis and William Bonvie
c/o Francis Mailman Soumilas, P.C.
1600 Market Street
Ste 2510
Philadelphia, PA 19103-7208

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Digital 2260 East El Segundo, LLC
dba Digital Realty Trust, LP
P.O. Box 748056
Los Angeles, CA 90074-8056

Doll Amir & Eley LLP
725 South Figueroa Street, Suite 3275
Los Angeles, CA 90017-5454

EMC CORPORATION
176 SOUTH ST
Hopkinton, MA 01748-2230

Echo Capital Growth Corporation
2000  1874 Scarth Street
Regina, Saskatchewan, Canada, S4P 4B3

Edgewater Ventures, LLC
PO 4303
Roche Harbor, WA 98250-4303

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Endeavor Group LLC
5150 El Camino Real, Suite C20
Los Altos, CA 94022-1542

Endeavor Partners LP
5150 El Camino Real, Suite C20
Los Altos, CA 94022-1542

Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022-6225

Erika A. Heath
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Erlauf Holdings Limited
500 Fordell Ave.
Kanata, ON, Canada, K2W 0B3

Ethoca Limited
100 Sheppard Avenue East, Suite 605
Toronto,  Canada
ON M2N 6N5,

Fast People Search.com, USPhoneBok.com
dba Mississippi Tornado Alley LLC
1915 21st Street
Sacramento, CA 95811-6813

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Freedman & Associates
117 Centerpointe Dr., Suite 350
Ottawa, ON, Canada, K2G 5X3

Gary Hall
8491 Sunset Blvd. # 227
Los Angeles, CA 90069-1911

Gil Penchina
500 Third St., Suite 405
San Francisco, CA 94107-1889

Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Google Inc.
P.O. Box 39000
90088-3654

Google Inc.
P.O. Box 883654
Los Angeles, CA 90088-3654

Google LLC
c/o White and Williams LLP
Attn: James C. Vandermark
1650 Market Street, Suite 1800, PA 19103

Highmark Companies, LLC
PO Box 5459
Cary, NC 27512-5459

Highview Ventures, LLC
15957 Asilomar Boulevard
Pacific Palisades, CA 90272-4270

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Idea Lab30, Inc. (Growth Rocket)
13600 Marina Pointe Dr., Suite 906
Marina Del Rey, CA 90292-9251

InboxAlly Inc.
1178 Broadway, 3rd floor #1166
New York, NY 10001


Industrious National Management Company
dba Industrious LA 1100 Glendon Avenue L
215 Park Avenue South, Suite 1200
New York, NY 10003-1603

Integrated Media Technologies, Inc
5200 Lankershim Blvd. STE. 700
North Hollywood, CA 91601-3160

Internap Network Services
Dept 0526 P. O. Box 120526
Dallas, TX 75312-0526


J. Robert Wheatley
3225 Ash Street
Palo Alto, CA 94306-2240

JOSEPH COHEN
Schonbrun Seplow Harris Hoffman & Zeldes
501 W Broadway Ste 800
San Diego, CA 92101-3546

James Hayko
21 Hyannis Avenue
Nepean, ON, Canada, K2J 2X1


James Uharriet
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

James Uharriet c/o Raina C. Borrelli
Turke & Strauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515

Janet Leonard
2905 Champs Elysees Blvd.
Half Moon Bay, CA 94019-1371


Jefferson Partners Management Corp.
17 Bessborough Dr.
East York, ON, Canada, M4G 3H6

Jeffrey Tinsley
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

Jeffrey Tinsley
85 Crestview Avenue
Camarillo, CA 93010-1701


Jeremy Payne
95 Britannia Rd.
Ottawa, ON, Canada, K2B 5W4

Jody Sectzer
P. O. Box 801374
Santa Clarita, CA 91380-1374

John Bonell
1107 W. Pendleton Place
Mt. Prospect, IL 60056-2952


John Bonell c/o Eugene Turin
McGuire Law P.C.
55 W. Wacker Drive
Chicago, IL 60601-1609

John Coanda
12100 Herbert St.
Los Angeles, CA 90066-5204

John Eisenman
1800 10th Ave. #2
San Francisco, CA 94122-4644


Joseph Cohen c/o Helen I. Zeldes
Schonbrun Seplow Harris Hoffman & Zeldes
715 Fremont Ave., Ste A
South Pasadena, CA 91030-6036

Joseph Cohen c/o Michael Flannery
Cuneo Gilbert & LaDuca LLP
7733 Forsyth Boulevard, Suite 1675
Saint Louis, MO 63105-1822

Joseph Cohen c/o Tammy Gruder Hussin
Hussin Law
1596 N. Coast Highway
Encinitas, CA 92024-1446


Kamran Pourzanjani, Trustee
Pourzanjani Family Trust II dated May 15
2192 Stradella Rd.
Los Angeles, CA 90077-2325

Karen Evans
c/o Michael F. Ram, Morgan & Morgan
711 Van Ness Ave. Ste 500
San Francisco, CA 94102-3275

Karen Evans c/o Raina C. Borrelli
Turke & Strauss LLP
613 Williamston St. Suite 201
Madison, WI 53703-3515


Ken Campbell
851 Cummings Ave.
Ottawa, ON, Canada, K1K 2L3

Ken Davison
30 Roycott Way
Ottawa, ON, Canada, K2W 1C7

Kristen Schwarze
c/o David Madgett, Madgett & Klein
1161 East Wayzata Blvd. #314
Wayzata, MN 55391-1935

Kristin Schwarze
333 South Seventh St. Suite 2450
Minneapolis, MN 55402-2429

Kristina Wuest
c/o Anthony I. Paronich, Paronich Law
350 Lincoln St. Suite 2400
Hingham, MA 02043-1579

Kristina Wuest
c/o Jon B. Fougner, Fougner Law
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Kristina Wuest
c/o William A. Percey. Schlichter & Shon
2381 Rosecrans Ave. Ste 326
El Segundo, CA 90245-4920

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Larry Baird
4181 Elmer Ave.
Studio City, CA 91602-3337

Larry Jacobson
3430 Ardsley Pl.
Encino, CA 91436-4024

Lesley Kaplan
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Leslie Kaplan
c/o James Francis, Francis Mailman Soumi
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Lexis Nexis
28330 Network Place
Chicago, IL 60673-1283

LexisNexis Risk Solutions FL Inc.
Mark Moedritzer
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

LexisNexis Risk Solutions, FL
c/o Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook, APC
10866 Washington Bl. #108
Culver City, CA 90232-3610

MINH TRAN
11176 Madrigal St
San Diego, CA 92129-1233

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO
P.O. BOX 4539
Boston, MA 02212-4539

MX ToolBox, Inc.
P. O. Box 975231
Dallas, TX 75397-5231

Marc L. Andreessen and Laura Arrillaga-Andre
LAMA Community Trust .
c/o JP Morgan Private Bank
Los Angeles, CA, 90067

Margaret Caughey
223 Grandview Rd.
Ottawa, ON, Canada, K2H 8B9

Maribel Deyerler
121 West Hillgrove Avenue, Unit 455
La Grange, IL 60525-1018

Maribel Deyerler c/o Beaumont Costales LLC
3151 W. 26th St.
Second Floor
Chicago, IL 60623-4030

Mariposa Invest Holding AG
8832 Wollerau
Frberstrasse 4, Switzerland

Mark Allison
94 Mercer St.
New York, NY 10012-4425

Mark Holbrow
c/o Andrew D. Cotlar
23 W. Court St.
Doylestown, PA 18901-4241

Mark Moedritzer
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

Mary K. Marsden
2201 Euclid Ave.
Austin, TX 78704-5125

Mayer Brown LLP
2027 Collection Center Dr
Chicago, IL 60693-0020

Mayer Brown LLP
Attn: Nicholas C. Listermann
311 West Monroe Street 7th Floor
Chicago, IL 60606-4618

Mehran Nia
11676 Terry Place
Los Angeles, CA 90049

Michael Tanne
2232 W Middlefield Rd.
Mountain View, CA 94043-2769

Michele Turner
390 Ramona Rd.
Portola Valley, CA 94028-8139

Microsoft Online, Inc.
PO Box 847543
Dallas, TX 75284-7543

Mika Illouz
710 Paul Ave.
Palo Alto, CA 94306-3162

Mississippi Tornado Alley LLC
1915 21st Street
Sacramento, CA 95811-6813

Monika Chichowlas c/o Eugene Turin
McGuire Law P.C.
55 W. Wacker Drive
Chicago, IL 60601-1609

Monika Cichowlas
8545 N Capital of Texas Hwy, Apt 2125
Austin, TX 78759-8078

Morrison & Foerster LLP
P. O. Box 742335
Los Angeles, CA 90074-2335

NakedFront LLC
4424 Campbell Drive, Rear Unit
Los Angeles, CA 90066-6214

Nathan Schrenk
407 E. Argonne Dr.
St Louis, MO 63122-4523

Neustar Information Services, Inc.
Bank of America P. O. Box 742000
Atlanta, GA 30374-2000

Nina D. Burke
20 Quarry Point
Hudson, QC, Canada, J0P 1H0

Nixon Peabody LLP
Attn: Felicia McClendon
One California Plaza
300 South Grand Ave
Los Angeles, CA 90071-3109

NuBreed Digital Media
Attn: Garen Der-Grigourian
2671 Orange Sky Lane
Las Vegas, NV 89138-6122

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

One Touch Solutions, Inc.
370 Amapola Ave. # 106
Torrance, CA 90501-7241

Oracle America Inc.
PO Box 44471
San Francisco, CA 94144-0001

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491

PONNUSWAMY PADMANABHAN
23011 Edenton Pl
Valencia, CA 91354-2019

PRAVIN GEORGE
791 Covewood St
Oak Park, CA 91377-4759

PROTIVITI INC
12269 Collections Center Drive
Chicago, IL 60693-0001

Paul Wilson
144 Tapadero Ave.
Ottawa, ON, Canada, K2V 0A7

Peter Broadwell
2325 Cornell Street
Palo Alto, CA 94306-1314

Peter Thiel
c/o Clarium Ventures LP - Attn: Nathan L
San Francisco, CA, 94129

Peterson Ventures III, LLC
2825 E. Cottonwood Pkwy # 435
Salt Lake City, UT, 84121-7076

Pitney Bowes
Purchase Power P. O. Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484-4301

RAJNISH SINHA
21107 Oakleaf Canyon Dr.
Newhall, CA 91321-4675

RICK BURSKY
5709 Lemp Ave
North Hollywood, CA 91601-1641

RONALD AYSON
7844 Etiwanda Ave
Reseda, CA 91335-2059

Ronald Palmieri
38781 Maracaibo Circle South
Palm Springs, CA 92264-0212

SAM CONDORETTI
5742 Cardale Street
Lakewood, CA 90713-1508

SHARYN ELES
11677 Amigo Ave
Porter Ranch, CA 91326-1849

SHARYN ELES
5161 Lankershim Blvd Ste 250
North Hollywood CA 91601-4963

SAMPOR WACHIRALARRPATOON
110 N Chapel Ave #11
Alhambra, CA 91801-3526

SRIKANTH CHAKILAM
27403 Whitefield Pl
Valencia, CA 91354-1802

Saints Ventures II, L.P.
1624 Market Street Ste 226 PMB 29471
Dover, CO 80202-1559

Sean Whiteley
16737 Edgar Street
Pacific Palisades, CA 90272-3226

Sean Whiteley
Sharyn E Eles
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

Seyfarth Shaw LLP
233 S Wacker Drive, Suite 8000
Chicago, IL 60606-6448

Shelbey Davis
1819 23rd Avenue #E204
Seattle, WA 98122-3095

Sommerer Privatstiftung
Privatstiftung Sommerer
Bergstrasse 26 A 3224
Austria

Srikanth Chakilam
5161 Lankershim Blvd. Suite 250
North Hollywood, CA 91601-4963

State of Delaware
Division of Corporations P. O. Box 5509
Binghamton, NY 13902-5509

Steven Kay
9284 Flicker Pl.
Los Angeles, CA 90069-1726

Sujin Gilmore
1708 Harriman Ln. Unit B
Redondo Beach, CA 90278-4129

Superteamz LTD (Mark Brooks)
Times Square, 2201=07 Tower Two
1 Matheson Street Causeway Bay
Hong Kong,

TARUN TYAGI
1810 pandora ave #202
Los Angeles, CA 90025-6782

Telesign Corporation
13274 Fiji Way #600
Marina Del Rey, CA 90292-7293

The Estate of Deidre Dennis
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

The Founders Fund, LP
1 Letterman Drive, Bldg C, Suite 420
San Francisco, CA 94129-2402

The Stryker-Mohrlock Trust
100 Overlook Center, 2nd Floor
Princeton, NJ 08540-7814

Thomas E. Birch
20 Quarry Point
Hudson, QC, Canada, J0P 1H0

Thomas Seel
Pan Dacom Networking AG
Dreieich Plaza 1B
Dreieich, Germany, 63303

Timothy Goettel
24958 Tree Ave.
Mission Viejo, CA 92691-3737

Todd Pines
43 Old Hill Rd.
Westport, CT 06880-2308

Tosetti Family Trust
1011 Oak Grove Avenue
San Marino, CA 91108-1025

TransUnion Risk and Alternative Data Solutio
P. O. Box 209047
Dallas, TX 75320-9047

True People Search.com dba Free Data Service
1915 21st Street
Sacramento, CA 95811-6813

USDOJ Consumer Protection Branch
Attn: Zachary A. Dietert
450 5th Street, N.W. Ste. 6400-South
Washington, DC 20530-0001

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

United States of America
Leah V. Lerman
1100 L St. NW
Washington, DC 20005-4035

Validity Inc.
DEPT CH 17384
Palatine, IL 60055-7384

Vaughn Rhodes
6 Copious Lane
Ladera Ranch, CA 92694-1316

Vitifi, Inc.
8391 Beverly Blvd. #310
Los Angeles, CA 90048-2633

Verizon Digital Media Services Inc.
PO Box 21412
New York, NY 10087-1412


WF Visa Corp. Card - JT
Payment Remittance Center PO Box 77033
Minneapolis, MN 55480-7733

WSM International
18530 Mack Avenue
Suite 406
Grosse Pointe, MI 48236-3254

WageWorks, Inc
P.O. Box 224547
Dallas, TX 75222-4547


Website Movers International, LLC -WSM dba
Connectria TopCo, LLC
18530 Mack Avenue, Box 406
Gross Pointe Farms, MI 48236-3254

Website Movers International, LLC -WSM dba C
18530 Mack Avenue, Box 406
Gross Pointe Farms, MI 48236-3254

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482


Wells Fargo V Purchasing Card - Diana
Payment Remittance Center PO Box 77033
Minneapolis, MN 55480-7733

William Alex Voxman
355 South Grand Ave. Suite 100
Los Angeles, CA 90071-3104

William Bonvie
Francis Mailman Soumilas, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104-3310


Wilson Elser Moskowitz Edelman & Dicker LLP
ATTN: Juan M. Cruz, Program Administrato
555 S. Flower Street
Suite 2900
Los Angeles, CA 90071-2407

Windstream - Paetec
P. O. Box 9001013
Louisville, KY 40290-1013

Zaius, Inc.
205 Portland Street 6th Floor
Boston, MA 02114-1735


Carolyn A Dye
Law Office of Carolyn A Dye
15030 Ventura Blvd.
Suite 527
Sherman Oaks, CA 91403-5470

Leslie A Cohen
Leslie Cohen Law PC
1615-A Montana Ave
Santa Monica, CA 90403-1807


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


De Lage Landen Financial Services, Inc.
P. O. Box 41602
Philadelphia, PA 19101-1602

Dell Financial Services LLC
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
ATTN: BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110


(d)Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA, 90054-0110


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BPM LLP                          (u)Courtesy NEF                    (u)Hahn & Hahn LLP

(u)LexisNexis                       (u)Mississippi Tornado Alley LLC   (u)Shilton Investments, Inc.

(u)United States Of America         (u)Alfredo Perez de Mendoza        (d)Annette Howard
                                    Address Unknown                    1275 Meadowbrook Avenue
                                                                       Los Angeles, CA 90019-2816

(u)Anthony Farrow                   (u)Armen Avedissian                (u)BMS Fiduciary Services LTD (Fast EU Corps)
Address Unknown                     Address Unknown                    16 Nascot Place The Barn
                                                                       Watford, Herts  WD17 4QT

(u)Donald McLeod                    (u)Estate of Robert Broomfield     (u)Joseph Anstey
Address Unknown                     Address Unknown                    Address Unknown

(u)Ken Wigglesworth                 (u)Kent & Catherine Elliott        (u)Klaus Busch
Address Unknown                     Address Unknown                    Pan Dacom Networking AG
                                                                       Dreieich Plaza 1B
                                                                       63303 Dreieich

(u)Lynda Farrow                     (d)Wells Fargo V Purchasing Card - Diana   (u)Wendy Higgins
Address Unknown                     Payment Remittance Center PO Box 77033     Address Unknown
                                    Minneapolis, MN, 55480-7733

(u)Wisteria Limited                 (u)Wisteria Limited                (u)Jeffrey Tinsley
Office 3 Unit R Penfold Works Trading Es   Office 3 Unit R Penfold Works Trading Es
Imperial Way                        Watford, Hertfordshire  WD24 4YY
Watford, Hertfordshire WD24 4YY

End of Label Matrix
Mailable recipients   226
Bypassed recipients    24
Total                 250